UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA :
:
v. : CASE NO.: 8:16-Cr-296-T-23JSS
:
DANIEL KEITH O'BRIANT :

### DEFENDANT O'BRIANT'S SENTENCING MEMORANDUM

COMES NOW the Defendant Daniel Keith O'Briant, by and through his undersigned attorney, and respectfully states to the Court as follows:

Mr. O'Briant is presently scheduled to be sentenced this Friday, May 26, 2017 at 8:30 a.m. This memorandum will very briefly outline and perhaps narrow the matters which the defense anticipates will be discussed in further detail at the sentencing hearing.

The defense has received and reviewed the final PSR. Both the defense and the United States agree with the advisory guideline calculations set forth in the PSR, which are a Total Offense Level of 20, a Criminal History Category of I and a Guideline Imprisonment Range of 33-41 months. The Total Offense Level of 20 is in Zone D of the Sentencing Table. The defense anticipates that the United States will be filing a significant substantial assistance motion pursuant to U.S.S.G. §5K1.1. The Court may, of course, go below the guideline calculations by granting the Government's anticipated substantial assistance motion or by considering the factors set forth at 18 U.S.C. §3553(a)(1)-(7).

Mr. O'Briant will ask the Court to impose a sentence of less than the 33-41 months. The Court has received approximately 15 letters on behalf of Mr. O'Briant which provide the Court with additional information relating to him. The Plea Agreement provides for a forfeiture money judgement in the amount of $475,045.58 which Mr. O'Briant will pay in

full prior to Friday's sentencing.

In summary, an important part of the sentencing proceeding will relate to the Government's anticipated substantial assistance motion which the defense believes will set forth the extraordinary assistance which Mr. O'Briant has provided to the United States. The defense then anticipates presenting oral argument as to why the Court should impose a sentence substantially less than that called for by the advisory guidelines.

/s/ John M. Fitzgibbons
JOHN M. FITZGIBBONS
Florida Bar No. 601047
Attorney for the Defendant
The Law Offices of John M. Fitzgibbons
Tampa Theatre Building
707 North Franklin Street, Suite 700
Tampa, Florida 33602-4441
(813) 221-8800

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 23, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

JOHN M. FITZGIBBONS
john@fitzgibbonslawtampa.com