UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CASE NO. 8:16-cr-296-T-23JSS | DATE: May 26, 2017 |
| HONORABLE STEVEN D. MERRYDAY | Courtroom 15A |
| **UNITED STATES OF AMERICA** | Thomas Palermo, AUSA |
| **v.** | Jay Trezevant, AUSA |
| **DANIEL KEITH O'BRIANT** | John Fitzgibbons, retained |
| COURT REPORTER: Bill Jones | DEPUTY CLERK: Becky Kline |
| INTERPRETER: n/a | PROBATION: Stephen Edwards |
| TIME: 8:33 a.m. — 9:40 a.m. | TOTAL: 1 hour 7 minutes |

**CRIMINAL MINUTES - SENTENCING REFORM ACT MINUTES**

The defendant pleaded guilty to count **one** of the information.

The United States moves under USSG § 5K1.1 (Doc. 30) for a four-level reduction in offense level to recognize the defendant's substantial assistance. The court grants the motion as to six levels — to OL 14.

Imprisonment: **six months**

Supervised Release: **twenty-four months**

Special Condition of Supervised Release: **six months of home detention**

The defendant shall cooperate in the collection of DNA as directed by the probation officer.

The mandatory drug testing requirements of the Violent Crime Control Act are waived.

*******************************************

Fine: none

Restitution: n/a

The forfeiture money judgment (Doc. 17) is incorporated into the judgment.

Special Assessment: $100, due immediately.

The defendant may voluntarily surrender at the institution designated by the Federal Bureau of Prisons.

The court recommends confinement (in order of preference): (1) at the minimal security facility in Oakdale, Louisiana, or (2) at FPC Pensacola, Florida.

The defendant must immediately proceed to the United States Marshal for processing and further instructions.

Defendant advised of right to appeal and to counsel on appeal.

After consideration of 18 U.S.C. § 3553, the court sentences the defendant at offense level ten.

| GUIDELINE RANGE DETERMINED AT SENTENCING (BEFORE DEPARTURES) | |
| --- | --- |
| Total Offense Level: | 20 |
| Criminal History Category: | I |
| Imprisonment Range: | 33–41 months |
| Supervised Release Range: | 1–3 years |
| Restitution: | n/a |
| Fine Range: | $7,500–$75,000 |
| Special Assessment: | $100 |