1

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

2

**TAMPA DIVISION**

3    UNITED STATES OF AMERICA,

4                            Plaintiff,

5        vs.                        CASE NO. 8:16-cr-296-T-23JSS
                                    May 26, 2017
6                                   Tampa, Florida
                                    8:33 – 9:40 a.m.

7    DANIEL KEITH O'BRIANT,

8                            Defendant.

9    _____/

10

                    TRANSCRIPT OF SENTENCING HEARING
11          BEFORE THE HONORABLE STEVEN D. MERRYDAY
                CHIEF UNITED STATES DISTRICT JUDGE

12

13   **APPEARANCES:**

14   For the Government:        THOMAS NELSON PALERMO, ESQ.
                                JAY G. TREZEVANT, ESQ.
15                              Assistant U.S. Attorneys
                                400 N. Tampa Street, Suite 3200
16                              Tampa, Florida 33602
                                813/274-6000

17

     For the Defendant:        JOHN MURRAY FITZGIBBONS, ESQ.
18                              Law Office of John M. Fitzgibbons
                                707 N. Franklin Street, Suite 700
19                              Tampa, Florida 33602
                                813/221-8800

20

     Court Reporter:           Howard W. Jones, RPR, FCRR
21                              801 N. Florida Avenue, Suite 15A
                                Tampa, Florida 33602
22                              813/301-5024

23

24

     Proceedings reported and transcribed by
25   computer-aided stenography.

                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                            TAMPA DIVISION

```
 1                    P R O C E E D I N G S

 2              (Court called to order.)

 3              THE COURT:  Good morning.  Perhaps counsel and

 4     defendant will step forward to the Clerk's table and

 5     everyone else may be seated.

 6              Well, good morning.  We are together in Case

 7     16-criminal-296, the United States of America vs. Daniel

 8     Keith O'Briant.

 9              Who speaks for the United States?

10              MR. PALERMO:  Good morning, Your Honor, Thomas

11     Palermo on behalf of the United States and also Jay

12     Trezevant on behalf of the United States.

13              THE COURT:  Good morning to you both.

14              And who speaks for the defense?

15              MR. FITZGIBBONS:  Good morning, Judge.  John

16     Fitzgibbons for Mr. O'Briant, who is present with me.

17              THE COURT:  Good morning, Mr. Fitzgibbons.  Good

18     to see you.

19              And good morning, Mr. O'Briant.

20              THE DEFENDANT:  Good morning.

21              THE COURT:  Mr. O'Briant, on July the 15th of last

22     year, 2016, you pleaded guilty to Count One of an

23     information.  That information charges you with conspiracy.

24     In particular, a conspiracy to violate the anti-kickback

25     statute that is part of Section 1320a of Title 42 of the
```

1  United States Code and, obviously, in violation of the

2  anti-conspiracy statute, which is Section 371 of Title 18.

3           I earlier entered an order that accepts your plea

4  of guilty and that adjudges you guilty of that conspiracy.

5  So as of this morning, by force of your plea and my

6  acceptance and adjudication, your guilt is established and

7  it remains to determine your sentence.

8           As I know Mr. Fitzgibbons will have thoroughly

9  explained, I intend to determine your sentence by first

10 calculating an advisory sentence under the United States

11 Sentencing Guidelines and by next inviting both the United

12 States and the defense to direct to my attention any matter,

13 including those that appear at 18 U.S.C. 3553(a), that I

14 should consider in arriving at a final and reasonable

15 sentence as required by law.

16          I will begin that by asking Mr. Palermo if he's

17 had an opportunity on behalf of the United States to review

18 and evaluate the presentence report and, if so, whether the

19 United States objects either to the factual content of the

20 presentence report or to the application of the Sentencing

21 Guidelines that is recommended by the United States

22 Probation Office?

23          MR. PALERMO:  Your Honor, we've reviewed the

24 presentence report and we have no objections.

25          THE COURT:  Mr. Fitzgibbons, have you and

1   Mr. O'Briant had an opportunity together to review and

2   evaluate the presentence report?

3            MR. FITZGIBBONS:  Yes, we have, Your Honor, and we

4   have no objections.

5            THE COURT:  Mr. O'Briant, have you seen the

6   presentence report and discussed it thoroughly with

7   Mr. Fitzgibbons?

8            THE DEFENDANT:  Yes, Your Honor.

9            THE COURT:  And, Mr. Fitzgibbons, you have no

10  objections either to the factual content or to the guideline

11  calculation that's recommended.

12           MR. FITZGIBBONS:  That is correct, Judge.

13           THE COURT:  All right.  Then without objection

14  from either the United States or the defense, the factual

15  content of the presentence report is adopted and, as well,

16  for the purposes of the advisory guideline range, although

17  before the consideration of any motion by the United States,

18  the offense level of 20 and criminal history category of I.

19           Let's see.  Mr. Palermo, I note at Document 30

20  that the United States has proposed a motion on behalf of

21  this defendant, so I'll recognize you to advance that

22  motion.

23           MR. PALERMO:  Your Honor, the government is

24  seeking a four-level downward adjustment to the total

25  offense level for this defendant based on his substantial

1    assistance.

2          In addition to the things outlined in the motion,

3    there are two matters, one relating to an ongoing

4    investigation that if the Court would permit us to approach

5    at sidebar we can disclose to the Court.

6          THE COURT:  Yes, sir.

7          (Sidebar).

8          MR. PALERMO:  Thank you for seeing us at sidebar.

9          THE COURT:  Yes, sir.

10         MR. PALERMO:  There is an ongoing investigation

11   into the --

12         THE COURT:  You have a very resonant voice,

13   Mr. Palermo.

14         MR. PALERMO:  I'm sorry.  There's an ongoing

15   investigation into the CEO, Kevin Reagan.  We have not --

16         THE COURT:  The CEO at?

17         MR. PALERMO:  Formerly ABH.  The ABH was acquired

18   by Shire and during the acquisition process there was a

19   shortened due diligence period and a number of questions

20   asked, so the investigation has shifted from a peer

21   conspiracy to commit kickbacks investigation into a question

22   of whether or not when Shire acquired ABH they were

23   defrauded.  Mr. O'Briant --

24         THE COURT:  They being the buyer was --

25         MR. PALERMO:  The buyer, whether the shareholders,

1    the company, the people making the acquisition, the kinds of

2    information that was disclosed to them and, in particular,

3    about the knowledge that kickbacks had occurred, whether or

4    not that was disclosed partially, fully, at all.  And

5    it's -- despite it being an abbreviated M and A process,

6    it's still A complex investigation, it involves a

7    750-million-dollar acquisition into -- by Shire of ABH.  So

8    we're working on that now.  And Mr. O'Briant continues to be

9    an important fact witness for us in what happened and some

10   of the people who knew what had happened.  So we anticipate

11   continuing to use him in the future.

12          The other thing I would note that is a little bit

13   unusual about Mr. O'Briant's plea, at the time he entered

14   the plea the United States was engaged in negotiations with

15   Shire, who ultimately settled for $350 million as a result

16   of the kickback case.  We were at a point where we were

17   stuck in negotiations and I was advised that it would be of

18   value to bring Mr. O'Briant in sooner rather than later.

19   And I would say within 90-something hours of contacting him

20   he was in.  Came in, pled guilty, debriefed, and that

21   information was probably worth about $50 million in

22   settlement negotiations.  Ultimately it was almost --

23          THE COURT:  I understand.

24          MR. PALERMO:  And that's the only other point that

25   I thought would be -- excuse me.

```
 1              (Pause in proceedings.)

 2              MR. PALERMO:  Mr. Trezevant pointed out another

 3    point.

 4              THE COURT:  I apologize to Mr. Trezevant for not

 5    being able to accommodate, because we don't have the

 6    electronic ability here.  I'm sorry.

 7              MR. PALERMO:  He pointed out there was another --

 8    so in addition to the two guilty pleas, the other guilty

 9    pleas here in the Middle District, there was another guilty

10    plea out in the Western District of Washington.

11              THE COURT:  I saw that.

12              MR. PALERMO:  And Mr. O'Briant had made himself

13    available and was willing to cooperate in a number of the

14    investigations.  The only reason why he hasn't is primarily

15    from my perspective because the AUSA running that aspect of

16    the investigation in the Western District of Washington, I

17    think he's got a recurring bought of cancer and so the

18    investigation is lingering as he recovers.  I don't know

19    what's going to happen with it.  It's not in our office, so

20    I have no control over any aspect of it.  But Mr. Trezevant

21    is right to point out that Mr. O'Briant had information that

22    he provided that we shared through the agents we're working

23    with and was ready to go to Seattle, but it hasn't happened,

24    not through any fault of his.  It's a function of life, not

25    of his willingness to assist us.
```

1          THE COURT:  All right.  So accepting all of that,

2    your conclusion from all of that is?

3          MR. PALERMO:  Because I can, for the cooperation

4    that's been completed, at least four levels.  And, you know,

5    the cooperation probably is more valuable than that in the

6    long term.  If the Court wants to recognize it further, I

7    don't think we have any objection, but at a minimum, what's

8    actually been completed is worth four levels.  An ongoing

9    investigation and information he's provided to that is

10   pretty valuable for us.  I don't know if I will be able to

11   make a case, it's not easy, but it remains a significant

12   priority for us.

13         THE COURT:  Now, are the co-defendants

14   cooperating?

15         MR. PALERMO:  They are.  With Mr. O'Briant, yes,

16   although, we didn't ever have to --

17         THE COURT:  Are you going to make 5K1 motions on

18   all those cases?

19         MR. PALERMO:  For the other two in the Middle

20   District, yes.  There are some other defendants who --

21         THE COURT:  And I have them.

22         MR. FITZGIBBONS:  Judge Lazzara.

23         THE COURT:  That's right.

24         MR. PALERMO:  I think you have at least one.

25         THE COURT:  I've got at least one.

```
 1            MR. PALERMO:  But that being said, we would
 2   certainly make motions on behalf of them, although I'm not
 3   sure if -- I'm not sure I would recommend any more than what
 4   I've recommended here, because for the remaining larger
 5   issues, they really can't advance any investigations the way
 6   Mr. O'Briant can.  They're just not in a position based on
 7   their knowledge to -- to affect the same kinds of
 8   investigative issues that he can, so -- I'm not sure I have
 9   anything further.
10            THE COURT:  I was just wondering, I'm trying to
11   think though how this will unfold over time, where that will
12   leave me with these.
13            MR. PALERMO:  I'm confident it will be a race to
14   the bottom, but at least it's for a good reason, as opposed
15   to -- I say a good reason, at least the activities of -- I
16   think everything came to light has been from my perspective
17   all I could ask for.  Mr. O'Briant came in and it was
18   probably one of the better debriefs I've ever gotten from
19   the first time debrief.  Usually -- everyone usually lies to
20   me at first, he didn't do that.
21            THE COURT:  The difference between being well
22   counseled and not, Mr. Palermo.
23            Do you want to add anything?
24            MR. FITZGIBBONS:  I would, Judge.  I think a
25   couple of things.  I think the takeaway here is I don't
```

1    think the government would object to more than a four-level

2    departure, which I am going to argue for.

3              THE COURT:  Okay.

4              MR. FITZGIBBONS:  Second, I have a little

5    frustration in the sense that Washington, we made a lot of

6    efforts to go out there, and I know things about this case,

7    obviously.  The government divided up the VA doctor cases

8    and put those in the District of Washington, Western

9    District, and then other aspects were here.  I know the

10   assistant who used to be in Tampa, Mr. Jennings by

11   coincidence, David Jennings that you may remember years and

12   years and years ago.  Maybe not.  I know he's been ill, but

13   I was frustrated because I just didn't think they were

14   pursuing it.  We offered to fly out there on our own nickel.

15             I guess I just bring it to a close in this sense,

16   I think it's the general malaise that I see in federal

17   prosecutors' offices around the country, not Mr. Palermo and

18   not Mr. Trezevant, and we just couldn't get them going.  And

19   there was some good things out there and I think nothings

20   going to happen out there.  I think here with the

21   investigation, there's no doubt in my mind that during the

22   due diligence process the CEO did not disclose things that

23   he knew, which are the underlying things of this case, to

24   the purchaser.  I also think, though, it's going to be a

25   very difficult case for the government to make for a whole

1    variety of reasons.

2           So where I'm coming from on this, Judge, is I

3    don't think there's going to be a day in the future for a

4    Rule 35 or some other -- that's what -- I want to make that

5    point.  They're trying their best, but this guy was very

6    capable of insulating himself from people on these.  And

7    then finally, I'll talk a little bit about this, but this

8    settlement of 350 million I think is the biggest D and E

9    settlement in history in the United States and a good

10   50 million of that --

11           THE COURT:  Has he paid his --

12           MR. FITZGIBBONS:  He paid it yesterday.

13           MR. PALERMO:  475,000, he brought us a cashier's

14   check.

15           THE COURT:  Let's go off record just a second.

16           (Off the record, after which sidebar concluded.)

17           THE COURT:  All right.  We just had a conversation

18   at sidebar, which will, of course, be under seal and will

19   remain under seal pending further order of the Court on the

20   motion of the United States, which is granted, with the

21   consent of the defendant.

22           Let's see, I assume there was nothing else with

23   respect to the 5K1 motion, Mr. Palermo?

24           MR. PALERMO:  Correct, Your Honor.

25           THE COURT:  Was there any additional comment on

1    the 5K1 from the defense, Mr. Fitzgibbons?

2              MR. FITZGIBBONS:  No, Your Honor.

3              THE COURT:  All right.  Then that motion is

4    granted.  And based upon the totality of information that

5    was given to me, the offense level is reduced to 14,

6    Criminal History Category I.

7              Mr. Fitzgibbons, I'll recognize you to advance any

8    matter in mitigation or any matter under 3553, after which

9    I'll recognize Mr. O'Briant in allocution and again briefly,

10   I'll recognize the United States.

11             MR. FITZGIBBONS:  Thank you, Your Honor.  And

12   because the --

13             THE COURT:  I did have a chance, by the way, to,

14   of course, read the presentence report thoroughly and I read

15   more than a dozen, I'm not sure how many there were, letters

16   that were attached from his fellow parishioners and some

17   business associates and his spouse, I remember, and others,

18   and from the defendant himself.  I'm not saying that you

19   can't comment, I just wanted to reassure you and your client

20   that I had read that material.

21             MR. FITZGIBBONS:  Well, thank you, Judge.  And I

22   told my client you read everything, so that will eliminate

23   much comment at all in those areas.

24             THE COURT:  The cataracts are making it harder to

25   do, but I press on.

13

1          MR. FITZGIBBONS:  I think you'll figure a way,

2    Judge.

3          Just a list of different points that I will make.

4    One, the letters, you did see those and there's not much

5    more I need to add to that.

6          Second, as of yesterday, Mr. O'Briant has paid the

7    forfeiture money judgment of some 475,000, which is a

8    significant payment obviously.

9          I want to mention that the product that was -- or

10    is the subject of this action, Dermagraft, is a good

11    product.  It's not a fly-by-night ointment for pain or

12    something.  It has helped many, many diabetics with diabetic

13    foot ulcers throughout America.  I think one study showed

14    that the amputation rate has dropped maybe as much as

15    20 percent.  So this is a good product, it was just marketed

16    too aggressively, and we've agreed that we did that.

17          As far as the cooperation goes, you've heard all

18    of that.  There's different Districts involved and I won't

19    reiterate what Mr. Palermo has told the Court.  It's clear

20    that my client has been very cooperative, significantly

21    cooperative, and there was a civil settlement of

22    $350 million that was reached, in part and maybe in

23    significant part, because of my client.  It may be the

24    largest settlement of its nature in history in the United

25    States.  He came in early.  He was very helpful.  I think

1    the government's position clearly is he's been fully

2    truthful, fully cooperative, throughout this whole process.

3              Judge, there is a background on this man that is

4    set forth in the presentence report.  He came from humble

5    beginnings.  Started working with Pfizer for 17 years.  I

6    think moved ten times around the country.  It's an American

7    success story of hard work.  These companies really work

8    their people, but he and his family moved as he got promoted

9    and took different positions and I want to really emphasize

10   that, because he's had a life of hard work.  This man,

11   Judge, is an 80-hour-a-week guy and has been all the way

12   through.

13             Never been in trouble before.  And as the letters

14   show, he's been very committed to helping other people.  Not

15   a last-minute activity to try to impress you, but activity

16   that's gone on for years and years and years and years, the

17   good work that he's done in the community, whether it be

18   with people in his church, flood victims, people that have

19   needed help from mowing lawns to things like that.  I've

20   represented few people over the years, this truly is a good

21   man who made a mistake here.

22             He's been a good family man.  His wife is here,

23   his son, Reagan, is here.  This has been a very difficult

24   last several years for the family.  This sort of damocles

25   has been hanging over them.  There's been some continuances,

1   which have been helpful to the government, and we understand

2   all those and participated in those. But to try to describe

3   what it's been like at home for the last couple years, the

4   tension, the pressure, the unknowing of what he's facing,

5   has been very difficult. It's almost like he's been

6   confined at the house, but not quite. But it's been very

7   tough.

8        There are reasons under 3553 that you could depart

9   lower than the four-level recommendation of the government.

10   We're asking you to do that. I think nature and

11   characteristics of the offense, it happened some years ago.

12   He's had good works ever since then. That goes into the

13   history and characteristics of the defendant with no prior

14   record.

15        There's no restitution in this case. Forfeiture

16   has been paid. You know these better than I do, but from

17   the presentence report, there are positive factors. And the

18   probation officer, Mr. Edwards, recognized that at the

19   latter portion of the presentence report, that there are

20   factors that would allow you to go downward.

21        Basically, Judge, I could go on for a long time.

22   My client has a few comments to make. I would say if we had

23   a wish list, we, of course, would prefer no confinement. If

24   there is going to be confinement, we would ask for a camp

25   recommendation. If there is confinement, we would like it

1   as little as possible.  We are -- we would be more than

2   pleased to do a house arrest or a house arrest component or

3   a home detention component, particularly if he can continue

4   to do the good works that he's done.  We understand the

5   white collar area that there are reasons for sentences

6   and -- but whatever you decide to do, we would request it be

7   at the very low end of what you can could.

8           So with that, Mr. O'Briant wishes to addresses the

9   Court briefly.

10          THE COURT:  All right.  Mr. O'Briant, you do have

11  an opportunity to speak on your own behalf.  As you know,

12  you're not required to say anything, but if you would like

13  to say something, I'm certainly interested to hear from you.

14          THE DEFENDANT:  Yes, sir.  First of all, I would

15  just like to thank you for allowing me to address you and

16  your court.

17          THE COURT:  Yes, sir.

18          THE DEFENDANT:  I'm truly sorry for the bad

19  decisions that I made.  I don't know that my words today can

20  really explain the regret, the shame, embarrassment that I

21  have.  I do take responsibility.  I made -- you know, I made

22  a terrible mistake and I'm here to take responsibility.

23          You know, from my wrongful deeds, as

24  Mr. Fitzgibbons said, I've paid a price.  And I'm not

25  complaining, because I deserve that.  The money that I've

1   had to forfeit.  Had a 25-year reputation that was stellar.

2   It's gone now, Your Honor.  Just can't work in the field any

3   more that I chose.  Some of my privileges, to vote, can't do

4   that any longer.  And, Your Honor, I'm not complaining,

5   because I deserve those for what I did.  That's by my own

6   doing.

7         THE COURT:  You can reclaim your civil rights

8   under certain circumstances.

9         THE DEFENDANT:  Yes, sir.

10         THE COURT:  I suspect you're a good candidate for

11   that.

12         THE DEFENDANT:  But I can promise you this, Your

13   Honor, I'll never stand in front of a judge again.  I am no

14   threat to repeat.  I'm no threat to -- Your Honor, I'm

15   scared to get a speeding ticket these days.  But I have

16   tried to undo what I did.  I spent the past two years trying

17   to assist the U.S. Attorney's Office and helping them in any

18   way that I could.

19         I've been a good man most my life.  The past five

20   years I would say I've been a model citizen, helping my

21   church and my community, and I just ask that you take these

22   things into consideration, along with the fact that I've

23   never been in any trouble of any kind as you contemplate the

24   rest of my sentence.  And, again, I'm sorry that we're here

25   today and I just thank you for letting me address you, sir.

1          THE COURT:  Yes, sir.  And thank you.

2          Mr. Palermo, anything further from the United

3    States with respect to a reasonable sentence for this

4    defendant?

5          MR. PALERMO:  Your Honor, it's clear to me the

6    Court fully appreciates the case, so I don't have anything

7    else to add.  I would just ask that if the Court imposes a

8    term of supervised release following any sentence that if

9    the Court would consider including some sort of directive

10   that the defendant be permitted to continue to cooperate

11   with the United States, including travel to the Middle

12   District as required, as needed.  Thank you.

13         THE COURT:  Well, I don't think that requires

14   any -- I don't think his continuing cooperation would

15   require any statement in his conditions, because he's not --

16   his cooperation is informational, I suspect.  And if it's

17   more than that, I would think maybe you would want to -- if

18   this were a drug case and you were going to have some drug

19   defendant handling drugs while on supervised release, you

20   would clearly need to get authority from that and good luck.

21   But here I don't think there would be any need for any

22   special permission from the Court.  Do you on reflection

23   think there would be.

24         MR. PALERMO:  I was only thinking if the Court

25   were to impose some sort of home detention period, during

1    that period at least he will be clear, the Court would be

2    fine with him coming to cooperate with us.

3              THE COURT:  Sure.

4              MR. PALERMO:  That's all I was really thinking

5    about.

6              THE COURT:  I don't have any problem with that.  I

7    don't think the officer would have any trouble with that.

8    Actually, the officers often don't have any trouble so long

9    as they know where he is and what he's doing if he's not

10   home and they know about it in advance and it's got a

11   specified schedule and is wholesome, cooperation with the

12   United States being within the definition of wholesome.

13             MR. PALERMO:  Hopefully.

14             THE COURT:  All right.  Anything further from the

15   United States?

16             MR. PALERMO:  No.  Thank you.

17             THE COURT:  Any reason not to proceed to sentence?

18             MR. PALERMO:  No, Your Honor.

19             THE COURT:  Anything further from the defense,

20   Mr. Fitzgibbons?

21             MR. FITZGIBBONS:  No, Your Honor.  And that

22   cooperation issue is no issue for us.  We'll certainly do

23   that.  I can give you that assurance and give Mr. Palermo

24   and Mr. Trezevant that assurance.

25             THE COURT:  Well, again, if there is some need for

1   leave from the Court, you can ask for it and it's almost --

2   certainly if you agree to it, you're almost certainly going

3   to get it, although not a hundred percent of the time.

4           All right.  Any reason not to proceed to sentence,

5   Mr. Fitzgibbons?

6           MR. FITZGIBBONS:  No, Your Honor.

7           THE COURT:  Well, Mr. O'Briant, I suspect that

8   you're very familiar with the things that I'm to consider in

9   imposing a sentence.  I'm sure Mr. Fitzgibbons has explained

10  them to you.  They include an evaluation of the offender.  I

11  would adopt your self-description and that of

12  Mr. Fitzgibbons.  And Mr. Palermo has said essentially the

13  same thing.

14          And just so you'll -- in case you don't know, if

15  you came and sat here with me every day for six months or

16  so, you would see other people who are similar, people who

17  have lived a relatively blameless life, net of any trivial

18  little matters, who have been good fathers, good husbands,

19  good citizens of the church, good parishioner and the like,

20  but who on some occasion or for some time engaged in some

21  activity that the rest of their life wouldn't have caused

22  you to predict or even to suspect or, once uncovered, even

23  to credit.  You would say, surely that's not true.  And

24  you've probably seen that in others in your life.

25          So I have a high level of confidence that you will

1    not offend again against the United States, the State of

2    Florida, or anybody else.  So on the list of 3553(a)

3    factors, which is what the lawyers call it, you check off

4    the attributes of the offender are real good.

5            Then it says the attributes of the offense.  Now,

6    obviously, that's going to cut the other way, because the

7    offense was calculated.  It was not an impulse offense, in

8    other words.  It was protracted and planned and executed.

9    Obviously, nobody has piled on here, because, you know,

10   probably could have been a couple of other enhancements that

11   would have added some points to this thing if they really

12   looked at it with a microscope.  But that's fine.  But you

13   used this -- well, some sophisticated means, let's put it

14   that way, to implement the plan.  There were a number of

15   people involved.  And just trying not to either overstate or

16   understate the case, it was motivated to some extent by

17   greed and opportunism.

18           So the nature of the offense is not good, but then

19   again, it's a first offender.  And it can be said that

20   nobody was killed, there was no violence, so those

21   categories aren't really involved here.  The threat to the

22   public, to the extent that there is one, is an economic one,

23   not a -- not one of violence or drugs or both or firearms or

24   that sort of thing.

25           But I have to pause on that one a moment, because

1   if you came and sat here with me every morning for six

2   months or a year -- well, it may not be true of you, because

3   you're familiar with the health care industry used in its

4   very broadest sense, and the amount of fraud just heard in

5   this courtroom, this insignificant courtroom by this

6   insignificant judge in this insignificant division of this

7   part of the United States court system is breathtaking.  Jaw

8   dropping.  Right here in this courtroom, a jury sitting over

9   there in that box brought back a 350-million-dollar verdict.

10  Actually, it was only a hundred and some million and it was

11  trebled, but it's what it amounted to.

12          You know, we've had mortgage fraud schemes carried

13  on by perfectly legitimate members of the -- otherwise

14  legitimate members of this community.  I had a case

15  involving a local hospital where people disguised as

16  custodial workers, actually computer experts, were hired on

17  to the maintenance crew working the night shift cleaning up

18  places, including the computer rooms, and they used their

19  access to those computers to acquire the personal

20  information, not only of -- it was a children's hospital,

21  not only the parents, but they got these new names and dates

22  of birth and the Social Security numbers and were using

23  the -- taking out credit cards in the name of the children.

24  And then some of them that law enforcement did not apprehend

25  were already back in Nigeria by the time the latest group of

1    participants.  So they would send back a few $100,000 in

2    American money, which serves them quite well in Nigeria.

3         The health care industry administered the way it

4    is now and I suppose the way it's trending, that's not my

5    area, which way it trends, is alive with fraud.  And I have

6    to consider that.  This is a form of activity that is -- I

7    don't want to overstate it again, but I don't want to

8    understate it, say it's certainly present and troublesome

9    and appears to be expanding.  The potential and practice

10   expanding.

11        So one of the statutory purposes of sentencing is

12   to deter that sort of activity.  That's really the only

13   sense -- well, maybe that's an overstatement.  But that's an

14   important sense in which what happens here and what sentence

15   you receive is affected by what's happening elsewhere and

16   what other people are thinking and doing, because deterrence

17   is one of the purposes of sentencing.

18        I don't think there's any need, by the way, to

19   deter you.  That's what the lawyers call specific

20   deterrence, but there's general deterrence, which is

21   deterrence of others who would contemplate the same or

22   similar form of activity.  And I need -- I'm required by the

23   statute to consider that in sentencing.

24        There is -- and all of these are often talked

25   about in courtrooms by and among judges who discuss

1  sentencing, but the need to avoid unwarranted disparity.  A

2  disparity doesn't mean just a difference in sentence, but a

3  difference between sentences for people who are similarly

4  situated; that is, who -- for instance, I wouldn't compare

5  you to someone who had committed five frauds and was being

6  sentenced for their sixth fraud or someone -- to pick up

7  what Mr. Fitzgibbons said, someone who sold a valid and

8  effective and admirable product, just was overzealous in

9  promoting it as opposed to someone who sold a product they

10  knew to be defective.

11        There was a case in the court not too long ago and

12  the Supreme Court talked about someone selling bullets to

13  the Department of Defense knowing that the bullets would

14  often not fire.  I know what my sentence would have been in

15  that case.  So that's a very serious offense in my book.

16        I've had cases where people not only didn't have a

17  good product, they didn't even have a defective product,

18  they were selling no product.  They took the money and there

19  was nothing.  They just disappeared along with the money.

20  So this was -- this was not that by a long way.  But what I

21  was talking about was comparable circumstances.  We need to

22  make sure that similarly situated defendants receive similar

23  sentences.  I want to talk about that just a second.  I'm

24  not going to ramble on forever, but I had a couple of points

25  I want to make.

1          Well, who is comparable?  You know, a man like

2    you, who's a net taxpayer, is contributing to the community,

3    has raised successful and contributing children, who

4    contributes to the community through the church,

5    economically productive, educated, probably regularly vote,

6    that sort of thing, you have and may have had during this

7    time, I suspect so, an active moral compass.  You have

8    friends who have an active moral compass.  You have a

9    spouse, children with an active moral compass.  You had the

10   ability not to commit this crime.  You had the knowledge

11   necessary not to commit this crime.  You had the resources

12   not to commit this crime.  You had the moral -- and you had

13   the community, you had the interpersonal support not to

14   commit this crime.  You had ever reason in the world not to

15   commit crime and did it anyway.  You didn't even need the

16   money best I can tell by looking at the -- I think it was

17   just extra.

18          Now, I'm not saying that to kick you while you're

19   down at a sentencing.  That's not my purpose.  I want to

20   make another point.  I have a lot of people who come in here

21   who -- well, one, like you who really never had a father.

22   Many of them never had a mother.  They don't know anybody

23   who has a moral compass.  They don't know people who are

24   successful.  The only people they know who have money are

25   success drug dealers.  Although, I don't like that phrase,

1    because I don't think there is any such thing as successful

2    drug dealers.  But profitable is the word I should have

3    used.  Profitable drug dealer.  Everybody they know is in

4    the drug business.

5            Mr. Fitzgibbons and I have a friend in common who

6    was telling me a story one time about sitting in a state

7    court over here sentencing a young fella who was selling

8    drugs right down the street here on -- within a mile of here

9    and he was sort of admonishing the young fella about what he

10   was doing and the fella was smiling at him, actually looking

11   around the room and smiling, looking contemptuous toward the

12   judge, and he says, well, what do you find funny, young man?

13   And he says, well, it's just how much money did you make

14   last week?  You said you want to know how much money I made

15   last week.  He said, you're telling me what I should be

16   doing with my time?  I make more money than you do.  So the

17   little sentence he was about to get was just a cost of doing

18   business.  And it was still worth it.

19           So that guy had every reason in the world to

20   commit that crime or every -- you know, every causative

21   factor that you could think of to commit that crime.  Yet

22   when those guys come in here, there's nobody to speak for

23   them, there's no mom, there's no dad.  I don't fault him for

24   this, but Mr. Fitzgibbons is seldom here for that sort of

25   defendant, although he would if tasked to do so I know.

1          I could make a case, because you're a smart guy --

2    I don't say this to everybody, but I could make a case that

3    somebody who lived in an environment that was conducive to

4    crime, whose friends, whose role models, whose older

5    brothers, whose younger brothers commit crime.  Who commits

6    that crime is less personally culpable than somebody who has

7    the resources, the moral compass, and every opportunity in

8    the world not to commit the crime.  One guy is almost

9    certainly to commit it again and the other guy is not.

10          So it's very hard to figure out what to do in

11   those circumstances, because I don't want to give you any

12   greater sentence than is necessary to accomplish what needs

13   to be accomplished and I don't want to give you any less

14   because you speak well and you look good and you've been

15   successful in life.  You've been successful as a man, as a

16   father and a husband and as a member of the community and

17   you're to be commended for that.  And the fact that your

18   sentence, by the way, doesn't change any of that.

19          And although I know you don't feel this right now,

20   I'll bet you Mr. Fitzgibbons has said and, believe me, he

21   and I know that you can regain your place in the community.

22   And you can regain your place with your family and in your

23   church and among your friends.  And I'll bet you've been

24   told this, and you should listen, because some of us know,

25   that people that have happen to them what you've had happen

1    to them and who stand back up and regain their place in the

2    community are looked on with greater respect than before.

3    Although it doesn't feel like a gain in status that's worth

4    paying for.  But nonetheless, that can and I suspect it will

5    happen.

6            But still, I have to deal with the fundamental

7    requirements of sentencing fairly and not be overly

8    influenced by any one factor that might occur or might be

9    present.

10            You certainly helped yourself from the legal

11    standpoint by immediately coming in and cooperating and

12    being truthful and admitting, waiving the indictment

13    process, and all that sort of thing, one of the many

14    benefits of being wisely counseled.

15            So I'm going to be quiet now and get back to

16    business, but I do want to say that the sentence that I'm

17    about to give you is the sentence that I think is the

18    minimum, the absolute least sentence that would be

19    permissible given the scope and the continuity and the

20    nature of the offense and that's all I can do.  And, of

21    course, it's aided by the -- I did grant the four levels and

22    I think I said that I granted two additional ones, to six.

23    Whatever the math was.

24            So pursuant to the Sentencing Reform Act of 1984,

25    to the extent applicable after *United States vs. Booker*, and

1    pursuant to 18 U.S.C. 3553, Daniel Keith O'Briant is

2    committed to the Bureau of Prisons for six months.

3        Upon release, he will serve a two-year term of

4    supervised release during which he will comply with the

5    standard conditions adopted by the court in the Middle

6    District of Florida and, as well, the special condition that

7    he will serve a six-month term of home detention, which will

8    be in accord with the standard conditions adopted for home

9    detention in the Middle District of Florida.

10       As a qualifying felon, the defendant will

11   cooperate in the collection of his DNA as directed by the

12   probation officer.

13       I'll, of course, the waive mandatory drug testing

14   requirements of the Violent Crime Control Act, which are

15   utterly inapplicable.

16       Does the United States want to be heard with

17   respect to a fine?

18       MR. PALERMO:  No.  Thank you, Your Honor.

19       THE COURT:  Let's see.  Document 17 is a

20   preliminary order of forfeiture.  The United States is

21   entitled, obviously, to have that made final and

22   incorporated into the order of judgment and commitment.

23       I levy the special assessment of $100, which is

24   due immediately.

25       As I have said, I've considered the policies and

1    Guidelines of the United States Sentencing Commission.  I've

2    considered the advisory guideline range derived from it, as

3    well as the statutory penalties that are prescribed and the

4    provisions of 18 U.S.C. 3553(a).  I incorporate my earlier

5    comments directed to the defendant with respect to the

6    reasons for the sentence, which I find is sufficient, but

7    not greater than necessary, to comply with the statutory

8    purposes of sentencing.

9              I recommend that the defendant, while in the

10   custody of the Bureau of Prisons, be housed at the nearest

11   minimal security facility with a camp.  I believe that's

12   going to be in Pensacola.

13             MR. FITZGIBBONS:  Judge, we would have two

14   requests there.  Oakdale, Louisiana, has an adjacent

15   satellite camp that's about two hours from his house.

16             THE COURT:  Oh, that's right.  Of course, he's

17   not -- I'm sorry.

18             MR. FITZGIBBONS:  No.  I had to find out, not

19   to --

20             THE COURT:  I was thinking Tampa and I should have

21   been thinking Louisiana.  And where is it, Oakdale did you

22   say?

23             MR. FITZGIBBONS:  Yes, Oakdale Louisiana camp.

24             THE COURT:  All right.  I'll recommend that he be

25   housed at the camp in Oakdale, Louisiana, or, if not, the

1    nearest minimal security --

2            MR. FITZGIBBONS:  Then Pensacola.

3            THE COURT:  Minimal security camp that's

4    available.

5            Does counsel for the United States or the defense

6    object to the sentence or the manner of its announcement?

7            Mr. Palermo?

8            MR. PALERMO:  No, Your Honor.

9            THE COURT:  Mr. Fitzgibbons?

10           MR. FITZGIBBONS:  No, Your Honor.  Our only other

11   request would be for self-reporting or voluntary surrender.

12           THE COURT:  Yes, sir, he can voluntarily surrender

13   at an institution designated by the Bureau of Prisons I

14   would suggest as soon as that designation arrives, but he

15   does need to go to the office of the United States Marshal

16   immediately for processing and further instructions.

17           In your plea agreement, Mr. O'Briant, you largely

18   waived your right to appeal from this judgment and sentence

19   unless I've sentenced you unlawfully, which typically means

20   above the statutory maximum, above the applicable guideline

21   range, or in some unconstitutional manner.  I think I have

22   done none of that, so I think you have no right of appeal.

23   That's for you and Mr. Fitzgibbons to discuss.

24           To the extent that you have some right of appeal

25   and elect to do so, there are two things I need to tell you:

1          Number one, you're always entitled to counsel on

2    direct appeal.  If you can't afford counsel, one would be

3    provided for you at public expense.  As it stands now,

4    Mr. Fitzgibbons would be required to preserve and pursue any

5    appeal unless some other counsel is substituted for him by

6    an order of the Court;

7          Secondly, you begin an appeal by filing with the

8    Clerk of this Court, in other words, not the Court of

9    Appeals in Atlanta, but this Court, a written notice of

10   appeal.  It must be filed within 14 days and that must be

11   accompanied by a filing fee.  If for some reason you can't

12   pay the filing fee, you have no money, Mr. Fitzgibbons can

13   ask the Court to waive the fee and, if that's granted, you

14   can appeal without payment.

15          Anything further from the United States,

16   Mr. Palermo?

17          MR. PALERMO:  No.  Thank you, Your Honor.

18          THE COURT:  Mr. Fitzgibbons, anything further from

19   the defense?

20          MR. FITZGIBBONS:  No, Your Honor.  Thank you.

21          THE COURT:  Good luck to you, sir.

22          And we are in adjournment.

23               (Proceedings concluded.)

24

25

```
1   UNITED STATES DISTRICT COURT      )
                                      )
2   MIDDLE DISTRICT OF FLORIDA        )

3
                    REPORTER TRANSCRIPT CERTIFICATE
4

5         I, Howard W. Jones, Official Court Reporter for
    the United States District Court, Middle District of
6   Florida, certify, pursuant to Section 753, Title 28, United
    States Code, that the foregoing is a true and correct
7   transcription of the stenographic notes taken by the
    undersigned in the above-entitled matter (Pages 1 through 32
8   inclusive) and that the transcript page format is in
    conformance with the regulations of the Judicial Conference
9   of the United States of America.

10

11                            /s      Howard W. Jones

12                            _____
                              Howard W. Jones, RPR, FCRR
                              Official Court Reporter
13                            United States District Court
                              Middle District of Florida
14                            Tampa Division
                              Date:  01-15-2019
15

16

17

18

19

20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**$**

$100 [1]  29/23
$100,000 [1]  23/1
$350 [2]  6/15 13/22
$350 million [2]  6/15 13/22
$50 [1]  6/21
$50 million [1]  6/21

**/**

/s [1]  33/10

**0**

01-15-2019 [1]  33/14

**1**

1320a [1]  2/25
14 [1]  12/5
14 days [1]  32/10
15A [1]  1/21
15th [1]  2/21
16-criminal-296 [1]  2/7
17 [2]  14/5 29/19
18 [4]  3/2 3/13 29/1 30/4
1984 [1]  28/24

**2**

20 [1]  4/18
20 percent [1]  13/15
2016 [1]  2/22
2017 [1]  2/5
2019 [1]  33/14
23JSS [1]  1/5
25-year [1]  17/1
26 [1]  1/5
28 [1]  33/6
296 [1]  2/7

**3**

30 [1]  4/19
32 [1]  33/7
3200 [1]  1/15
33602 [3]  1/16 1/19 1/21
35 [1]  11/4
350 million [1]  11/8
350-million-dollar [1]  22/9
3553 [6]  3/13 12/8 15/8 21/2 29/1 30/4
371 [1]  3/2

**4**

400 [1]  1/15
42 [1]  2/25
475,000 [2]  11/13 13/7

**5**

50 million [1]  11/10
5024 [1]  1/22
5K1 [3]  8/17 11/23 12/1

**6**

6000 [1]  1/16

**7**

700 [1]  1/18
707 [1]  1/18
750-million-dollar [1]  6/7
753 [1]  33/6

**8**

80-hour-a-week [1]  14/11
801 [1]  1/21
813/221-8800 [1]  1/19
813/274-6000 [1]  1/16
813/301-5024 [1]  1/22

8800 [1]  1/19
813-cr-296-T-23JSS [1]  1/5
8:33 [1]  1/6

**9**

90-something [1]  6/19
9:40 [1]  1/6

**A**

a.m [1]  1/6
abbreviated [1]  6/5
ABH [5]  5/17 5/17 5/22 6/7
ability [2]  7/6 25/10
able [2]  7/5 8/10
about [16]  6/3 6/13 6/21 10/6 11/7 19/5
 19/10 23/25 24/12 24/21 24/23 26/6 26/9
 26/17 28/17 30/15
above [3]  31/20 31/20 33/7
above-entitled [1]  33/7
absolute [1]  28/18
acceptance [1]  3/6
accepting [1]  8/1
accepts [1]  3/3
access [1]  22/19
accommodate [1]  7/5
accompanied [1]  32/11
accomplish [1]  27/12
accomplished [1]  27/13
accord [1]  29/8
acquire [2]  22/19
acquired [2]  5/17 5/22
acquisition [3]  5/18 6/1 6/7
Act [2]  28/24 29/14
action [1]  13/10
active [3]  25/7 25/8 25/9
activities [1]  9/15
activity [6]  8/8 19/8 22/10 22/16 26/10
 23/22
actually [5]  8/8 19/8 22/10 22/16 26/10
add [3]  9/23 13/5 18/7
added [1]  21/11
addition [2]  5/2 7/8
additional [2]  11/25 28/22
address [2]  16/15 17/25
addresses [1]  16/8
adjacent [1]  30/14
adjournment [1]  32/22
adjudges [1]  3/4
adjudication [1]  3/6
adjustment [1]  4/24
administered [1]  23/3
admirable [1]  24/8
admitting [1]  28/12
admonishing [1]  26/9
adopt [1]  20/11
adopted [3]  4/15 29/5 29/8
advance [4]  4/21 9/5 12/7 19/10
advised [1]  6/17
advisory [3]  3/10 4/16 30/2
affect [1]  9/7
affected [1]  23/15
afford [1]  32/2
after [3]  11/16 12/8 28/25
again [8]  12/9 17/13 17/24 19/25 21/1 21/19
 23/7 27/9
against [1]  21/1
agents [1]  7/22
aggressively [1]  13/16
ago [3]  10/12 15/11 24/11
agree [1]  20/2
agreed [1]  13/16
agreement [1]  31/17
aided [2]  1/25 28/21

alive [1]  23/5
all [12]  3/16 4/8 14/18 17/23 24/13 27/10
 12/3 12/23 13/17 14/11 15/2 16/10 16/14
 19/4 19/14 20/4 23/24 28/13 28/20 30/24
allocution [1]  12/9
allow [1]  15/20
allowing [1]  16/15
almost [5]  6/22 15/5 20/1 20/2 27/8
along [2]  17/22 24/19
already [1]  22/25
also [2]  2/11 10/24
although [8]  4/16 8/16 9/2 20/3 25/25 26/25
 27/19 28/3
always [1]  32/1
am [2]  10/2 17/13
AMERICA [4]  1/3 2/7 13/13 33/9
American [2]  14/6 23/2
among [2]  23/25 27/23
amount [1]  22/4
amounted [1]  22/11
amputation [1]  13/14
announcement [1]  31/6
another [4]  7/2 7/7 7/9 25/20
anti [2]  2/24 3/2
anti-conspiracy [1]  3/2
anti-kickback [1]  2/24
anticipate [1]  6/10
any [33]  3/12 4/17 7/20 7/24 8/7 9/3 9/5
 11/25 12/7 12/8 17/2 17/4 17/17 17/23 17/23
 18/8 18/14 18/15 18/21 18/21 19/6 19/7 19/8
 19/17 20/4 20/17 23/18 26/1 27/11 27/13
 27/18 28/8 32/4
anybody [2]  21/2 25/22
anything [9]  9/9 9/23 16/12 18/2 18/6 19/14
 19/19 32/15 32/18
anyway [1]  25/15
apologize [1]  7/4
appeal [8]  31/18 31/22 31/24 32/2 32/5 32/7
 32/10 32/14
Appeals [1]  32/9
appear [1]  3/13
APPEARANCES [1]  1/13
appears [1]  23/9
applicable [2]  28/25 31/20
application [1]  3/20
appreciates [1]  18/6
apprehend [1]  22/24
approach [1]  5/4
are [25]  2/6 5/3 8/13 8/15 8/17 8/20 10/23
 12/24 15/8 15/17 15/19 16/1 16/5 20/16 21/4
 23/16 23/24 24/3 25/23 25/24 28/2 29/14
 30/3 31/25 32/22
area [2]  16/5 23/5
areas [1]  12/23
aren't [1]  21/21
argue [1]  10/2
around [3]  10/17 14/6 26/11
arrest [2]  16/2 16/2
arrives [1]  31/14
arriving [1]  3/14
as [37]  9/17 15/24 17/21 18/7 20/1 32/13
ask [6]  9/17 15/24 17/21 18/7 20/1 32/13
asked [1]  5/20
asking [2]  3/16 15/10
aspect [2]  7/15 7/20
aspects [1]  10/9
assessment [1]  29/23
assist [2]  7/25 17/17
assistance [1]  5/1
assistant [2]  1/15 10/10
associates [1]  12/17
assume [1]  11/22
assurance [2]  19/23 19/24

# A

Atlanta [1] 32/9
attached [1] 12/16
attention [1] 3/12
Attorney's [1] 17/17
Attorneys [1] 1/15
attributes [2] 21/4 21/5
AUSA [1] 7/15
authority [1] 18/20
available [2] 7/13 31/4
Avenue [1] 1/21
avoid [1] 24/1

# B

back [5] 22/9 22/25 23/1 28/1 28/15
background [1] 14/3
bad [1] 16/18
based [3] 4/25 9/6 12/4
Basically [1] 15/21
be [41]
because [21] 7/5 7/15 8/3 9/4 10/13 12/12
13/23 14/10 16/25 17/5 18/15 21/6 21/9
21/25 22/2 23/16 26/1 27/1 27/11 27/14
27/24
been [29] 8/4 8/8 9/16 10/12 13/20 14/1
14/11 14/13 14/14 14/22 14/23 14/25 14/25
15/1 15/3 15/5 15/5 15/6 15/16 17/19 17/20
17/23 20/18 21/10 24/14 27/14 27/15 27/23
30/21
before [4] 1/11 4/17 14/13 28/2
begin [2] 3/16 32/7
beginnings [1] 14/5
behalf [6] 2/11 2/12 3/17 4/20 9/2 16/11
being [9] 5/24 6/5 7/5 9/1 9/21 19/12 24/5
28/12 28/14
believe [2] 27/20 30/11
benefits [1] 28/14
best [2] 11/5 25/16
bet [2] 27/20 27/23
better [2] 9/18 15/16
between [2] 9/21 24/3
biggest [1] 11/8
birth [1] 22/22
bit [2] 6/12 11/7
blameless [1] 20/17
book [1] 24/15
Booker [1] 28/25
both [3] 2/13 3/11 21/23
bottom [1] 9/14
bought [1] 7/17
box [1] 22/9
breathtaking [1] 22/7
briefly [2] 12/9 16/9
bring [2] 6/18 10/15
broadest [1] 22/4
brothers [2] 27/5 27/5
brought [2] 11/13 22/9
bullets [2] 24/12 24/13
Bureau [3] 29/2 30/10 31/13
business [4] 12/17 26/4 26/18 28/16
buyer [2] 5/24 5/25

# C

calculated [1] 21/7
calculating [1] 3/10
calculation [1] 4/11
call [2] 21/3 23/19
called [1] 2/2
came [7] 6/20 9/16 9/17 13/25 14/4 20/15
22/1
camp [6] 15/24 30/11 30/15 30/23 30/25 31/3
can [20] 5/5 8/3 9/6 9/8 16/3 16/7 16/19 17/7
17/12 19/23 20/1 21/19 25/16 27/21 27/22

28/4 28/20 31/12 32/12 32/14
cancer [1] 7/17
candidate [1] 17/10
capable [1] 11/6
cards [1] 22/23
care [2] 22/3 23/3
carried [1] 22/12
case [17] 1/5 2/6 6/16 8/11 10/6 10/23 10/25
15/15 18/6 18/18 20/14 21/16 22/14 24/11
24/15 27/1 27/2
cases [3] 8/18 10/7 24/16
cashier's [1] 11/13
cataracts [1] 12/24
categories [1] 21/21
category [2] 4/18 12/6
Category I [1] 12/6
causative [1] 26/20
caused [1] 20/21
CEO [3] 5/15 5/16 10/22
certain [1] 8/14
certainly [8] 9/2 16/13 19/22 20/2 20/2 23/8
27/9 28/10
CERTIFICATE [1] 33/3
certify [1] 33/6
chance [1] 12/13
change [1] 27/18
characteristics [2] 15/11 15/13
charges [1] 2/3
check [2] 11/14 21/3
CHIEF [1] 1/11
children [3] 22/23 25/3 25/9
children's [1] 22/20
chose [1] 17/3
church [5] 14/18 17/21 20/19 25/4 27/23
circumstances [3] 17/8 24/21 27/11
citizen [1] 17/20
citizens [1] 20/19
civil [1] 17/7
cleaning [1] 22/17
clear [3] 13/19 18/5 19/1
clearly [2] 14/1 18/20
Clerk [1] 32/8
Clerk's [1] 2/4
client [5] 12/19 12/22 13/20 13/23 15/22
close [1] 10/15
co [1] 8/13
co-defendants [1] 8/13
Code [2] 3/1 33/6
coincidence [1] 10/11
collar [1] 16/5
collection [1] 29/11
come [2] 25/20 26/22
coming [3] 11/2 19/2 28/11
commended [1] 27/17
comment [3] 11/25 12/19 12/23
comments [2] 15/22 30/5
Commission [1] 30/1
commit [11] 5/21 25/10 25/11 25/12 25/14
25/15 26/20 26/21 27/5 27/8 27/9
commitment [1] 29/22
commits [1] 27/7
committed [3] 14/14 24/5 29/2
common [1] 26/5
community [9] 14/17 17/21 22/14 25/2 25/4
25/13 27/16 27/21 28/2
companies [1] 14/7
company [1] 6/1
comparable [2] 24/21 25/1
compare [1] 24/4
compass [5] 25/7 25/8 25/9 25/23 27/7
complaining [2] 16/25 17/4
completed [2] 8/4 8/8

complex [1] 6/6
complicated [1] 6/6
component [2] 16/2 16/3
computer [3] 1/25 22/16 16/3
computer-aided [1] 1/25
computers [1] 22/19
concluded [2] 11/16 32/23
conclusion [1] 8/2
condition [1] 29/6
conditions [3] 18/15 29/5 29/8
conducive [1] 27/3
Conference [1] 33/8
confidence [1] 20/25
confident [1] 9/13
confined [1] 15/6
confinement [3] 15/23 15/24 15/25
conformance [1] 33/8
consent [1] 11/21
consider [5] 3/14 18/9 20/8 23/6 23/23
consideration [2] 4/17 17/22
considered [2] 29/25 30/2
conspiracy [5] 2/23 2/24 3/2 3/4 5/21
contacting [1] 6/19
contemplate [2] 17/23 23/21
contemptuous [1] 26/11
content [3] 3/19 4/10 4/15
continuances [1] 14/25
continue [2] 16/3 18/10
continues [1] 6/8
continuing [2] 6/11 18/14
continuity [1] 28/19
contributes [1] 25/4
contributing [2] 25/2 25/3
control [2] 7/20 29/14
conversation [1] 11/17
cooperate [4] 7/13 18/10 19/2 29/11
cooperating [2] 8/14 28/11
cooperation [7] 8/3 8/5 13/17 18/14 18/16
19/11 19/22
cooperative [3] 13/20 13/21 14/2
correct [3] 4/12 11/24 33/6
cost [1] 26/17
could [9] 9/17 15/8 15/21 16/7 17/18 21/10
26/21 27/1 27/2
couldn't [1] 10/18
counsel [5] 2/3 31/5 32/1 32/2 32/5
counseled [2] 9/22 28/14
Count [1] 2/22
country [2] 10/17 14/6
couple [4] 9/25 15/3 21/10 24/24
course [6] 11/18 12/14 15/23 28/21 29/13
30/16
court [32] 1/1 1/20 2/2 5/4 5/5 8/6 11/19
13/19 16/9 16/16 18/6 18/7 18/9 18/22 18/24
19/1 20/1 22/7 24/11 24/12 26/7 29/5 32/6
32/8 32/8 32/9 32/13 33/1 33/5 33/5 33/12
33/13
courtroom [3] 22/5 22/5 22/8
courtrooms [1] 23/25
cr [1] 1/5
credit [2] 20/23 22/23
crew [1] 22/17
crime [12] 25/10 25/11 25/12 25/14 25/15
26/20 26/21 27/4 27/5 27/6 27/8 29/14
criminal [3] 2/7 4/18 12/6
culpable [1] 27/6
custodial [1] 22/16
custody [1] 30/10
cut [1] 21/6

# D

dad [1] 26/23
damocles [1] 14/24

# D

**DANIEL [3]** 1/7 2/7 29/1
**Date [1]** 33/14
**dates [1]** 22/21
**David [1]** 10/11
**day [2]** 11/3 20/15
**days [2]** 17/15 32/10
**deal [1]** 28/6
**dealer [1]** 26/3
**dealers [2]** 25/25 26/2
**debrief [1]** 9/19
**debriefed [1]** 6/20
**debriefs [1]** 9/18
**decide [1]** 16/6
**decisions [1]** 16/19
**deeds [1]** 16/23
**defective [2]** 24/10 24/17
**defendant [15]** 1/8 1/17 2/4 4/21 4/25 11/21
12/18 15/13 18/4 18/10 18/19 26/25 29/10
30/5 30/9
**defendants [3]** 8/13 8/20 24/22
**defense [8]** 2/14 3/12 4/14 12/1 19/19 24/13
31/5 32/19
**definition [1]** 19/12
**defrauded [1]** 5/23
**depart [1]** 15/8
**Department [1]** 24/13
**departure [1]** 10/2
**derived [1]** 30/2
**Dermagraft [1]** 13/10
**describe [1]** 15/2
**description [1]** 20/11
**deserve [2]** 16/25 17/5
**designated [1]** 31/13
**designation [1]** 31/14
**despite [1]** 6/5
**detention [4]** 16/3 18/25 29/7 29/9
**deter [2]** 23/12 23/19
**determine [2]** 3/7 3/9
**deterrence [4]** 23/16 23/20 23/20 23/21
**diabetic [1]** 13/12
**diabetics [1]** 13/12
**did [11]** 10/22 12/13 13/4 13/16 17/5 17/16
22/24 25/15 26/13 28/21 30/21
**didn't [6]** 8/16 9/20 10/13 24/17 25/15
**difference [3]** 9/21 24/2 24/3
**different [3]** 13/3 13/18 14/9
**difficult [3]** 10/25 14/23 15/5
**diligence [2]** 5/19 10/22
**direct [2]** 3/12 32/2
**directed [2]** 29/11 30/5
**directive [1]** 18/9
**disappeared [1]** 24/19
**disclose [2]** 5/5 10/22
**disclosed [2]** 6/2 6/4
**discuss [2]** 23/25 31/23
**discussed [1]** 4/6
**disguised [1]** 22/15
**disparity [2]** 24/1 24/2
**DISTRICT [18]** 1/1 1/1 1/11 7/9 7/10 7/16
8/20 10/8 10/9 18/12 29/6 29/9 33/1 33/2
33/5 33/5 33/13 33/13
**District of [1]** 7/10
**Districts [1]** 13/18
**divided [1]** 10/7
**division [3]** 1/2 22/6 33/14
**DNA [1]** 29/11
**do [20]** 9/20 9/23 12/25 15/10 15/16 16/2
16/4 16/6 16/10 16/21 17/3 18/22 19/22
26/12 26/16 26/25 27/10 28/16 28/20 31/25
**doctor [1]** 10/7
**Document [2]** 4/19 29/19

**does [3]** 29/16 31/5 31/15
**doesn't [4]** 14/23 17/18 20/2
**doing [6]** 17/6 19/9 23/16 26/10 26/16 26/17
**dollar [2]** 6/7 22/9
**don't [27]** 7/5 7/18 8/7 8/10 9/25 11/3 16/19
18/6 18/13 18/14 18/21 19/6 19/7 19/8 20/14
23/7 23/7 23/18 25/22 25/23 25/25 26/1
26/23 27/2 27/11 27/13 27/19
**done [3]** 14/17 16/4 31/22
**doubt [1]** 10/16
**down [2]** 25/19 26/8
**downward [2]** 4/24 15/20
**dozen [1]** 12/15
**dropped [1]** 13/14
**dropping [1]** 22/8
**drug [7]** 18/18 18/18 25/25 26/2 26/3 26/4
29/13
**drugs [3]** 18/19 21/23 26/8
**due [3]** 5/19 10/22 29/24
**during [5]** 5/18 10/21 18/25 25/6 29/4

# E

**earlier [2]** 3/3 30/4
**early [1]** 13/25
**easy [1]** 8/11
**economic [1]** 21/22
**economically [1]** 25/5
**educated [1]** 25/5
**Edwards [1]** 15/18
**effective [1]** 24/8
**efforts [1]** 10/6
**either [4]** 3/19 4/10 4/14 21/15
**elect [1]** 31/25
**electronic [1]** 7/6
**eliminate [1]** 12/22
**else [4]** 2/5 11/22 18/7 21/2
**elsewhere [1]** 23/15
**embarrassment [1]** 16/20
**emphasize [1]** 14/9
**end [1]** 16/7
**enforcement [1]** 22/24
**engaged [2]** 6/14 20/20
**enhancements [1]** 21/10
**entered [2]** 3/3 6/13
**entitled [3]** 29/21 32/1 33/7
**environment [1]** 27/3
**ESQ [3]** 1/14 1/14 1/17
**essentially [2]** 20/12
**established [1]** 3/6
**evaluate [2]** 3/18 4/2
**evaluation [1]** 20/10
**even [4]** 20/22 20/22 24/17 25/15
**ever [4]** 8/16 9/18 15/12 25/14
**every [6]** 20/15 22/1 26/19 26/20 26/20 27/7
**everybody [1]** 27/3 27/2
**everyone [2]** 2/5 9/19
**everything [2]** 9/16 12/22
**excuse [1]** 6/25
**executed [1]** 21/8
**expanding [2]** 23/9 23/10
**expense [1]** 32/3
**experts [1]** 22/16
**explain [1]** 16/20
**explained [2]** 3/19 20/9
**extent [4]** 21/16 21/22 28/25 31/24
**extra [1]** 25/17

# F

**facility [1]** 30/11
**facing [1]** 15/4
**fact [3]** 6/9 17/22 27/17
**factor [2]** 26/21 28/8
**factors [1]** 15/17 15/20 21/3

**factual [3]** 3/19 4/10 4/14
**fair [2]** 20/20 26/7
**familiar [2]** 20/8 22/3
**family [4]** 14/8 14/22 14/24 27/22
**far [1]** 13/17
**father [2]** 25/21 27/16
**fathers [1]** 20/18
**fault [2]** 7/24 26/23
**FCRR [2]** 1/20 33/12
**federal [1]** 10/16
**fee [3]** 32/11 32/12 32/13
**feel [2]** 27/19 28/3
**fella [3]** 26/7 26/9 26/10
**fellow [1]** 12/16
**felon [1]** 29/10
**few [3]** 14/20 15/22 23/1
**field [1]** 17/2
**figure [2]** 13/1 27/10
**filed [1]** 32/10
**filing [3]** 32/7 32/11 32/12
**final [2]** 3/14 29/21
**finally [1]** 11/7
**find [3]** 26/12 30/6 30/18
**fine [3]** 19/2 21/12 29/17
**fire [1]** 24/14
**firearms [1]** 21/23
**first [5]** 3/9 9/19 9/20 16/14 21/19
**FITZGIBBONS [24]** 1/17 1/18 2/16 2/17 3/8
3/25 4/7 4/9 12/1 12/7 16/24 19/20 20/5 20/9
20/12 24/7 26/5 26/24 27/20 31/9 31/23 32/4
32/12 32/18
**five [2]** 17/19 24/5
**flood [1]** 14/18
**FLORIDA [12]** 1/1 1/6 1/16 1/19 1/21 1/21
21/2 29/6 29/9 33/2 33/6 33/13
**fly [2]** 10/14 13/11
**fly-by-night [1]** 13/11
**following [1]** 18/8
**foot [1]** 13/13
**force [1]** 3/5
**foregoing [1]** 33/6
**forever [1]** 24/24
**forfeit [1]** 17/1
**forfeiture [3]** 13/7 15/15 29/20
**form [2]** 23/6 23/22
**format [1]** 33/8
**Formerly [1]** 5/17
**forth [1]** 14/2
**forward [1]** 2/4
**four [6]** 4/24 8/4 8/8 10/1 15/9 28/21
**four-level [3]** 4/24 10/1 15/9
**Franklin [1]** 1/18
**fraud [4]** 22/4 22/12 23/5 24/6
**frauds [1]** 24/5
**friend [1]** 26/5
**friends [3]** 25/8 27/4 27/23
**front [1]** 17/13
**frustrated [1]** 10/13
**frustration [1]** 10/5
**fully [4]** 6/4 14/1 14/2 18/6
**function [1]** 7/24
**fundamental [1]** 28/6
**funny [1]** 26/12
**further [2]** 8/6 9/9 11/19 18/2 19/14 19/19
31/16 32/15 32/18
**future [2]** 6/11 11/3

# G

**gain [1]** 28/3
**general [2]** 10/16 23/20
**get [6]** 10/18 17/15 18/20 20/3 26/17 28/15
**give [5]** 19/23 19/23 27/11 27/13 28/17
**given [2]** 12/5 28/19

**G**

go [6]  7/23 10/6 11/15 15/20 15/21 31/15
goes [2]  13/17 15/12
going [14]  7/19 8/17 10/2 10/18 10/20 10/24
11/3 15/24 18/18 20/2 21/6 24/24 28/15
30/12
gone [2]  14/16 17/2
good [32]  2/3 2/6 2/10 2/13 2/15 2/17 2/17
2/19 2/20 9/14 9/15 10/19 11/9 13/10 13/15
14/17 14/20 14/22 15/12 16/4 17/10 17/19
18/20 20/18 20/18 20/19 20/19 21/4 21/18
24/17 27/14 32/21
got [5]  7/17 8/25 14/8 19/10 22/21
gotten [1]  9/18
government [7]  1/14 4/23 10/1 10/7 10/25
15/1 15/9
government's [1]  14/1
grant [1]  28/21
granted [4]  11/20 12/4 28/22 32/13
greater [3]  27/12 28/2 30/7
greed [1]  21/17
group [1]  22/25
guess [1]  10/15
guideline [4]  4/10 4/16 30/2 31/20
Guidelines [3]  3/11 3/21 30/1
guilt [1]  3/6
guilty [7]  2/22 3/4 3/4 6/20 7/8 7/8 7/9
guy [6]  11/5 14/11 26/19 27/1 27/8 27/9
guys [1]  26/22

**H**

had [31]  3/17 4/1 6/3 6/10 7/12 7/21 11/17
12/20 14/10 15/12 15/22 17/1 17/1 22/12
22/14 24/5 24/16 24/24 24/6 25/9 25/10
25/11 25/12 25/12 25/13 25/14 25/21 25/22
26/19 27/25 30/18
handling [1]  18/19
hanging [1]  14/25
happen [5]  7/19 10/20 27/25 27/25 28/5
happened [4]  6/9 6/10 7/23 15/11
happening [1]  23/14
happens [2]  23/14
hard [3]  14/7 14/10 27/10
harder [1]  12/24
has [23]  4/20 5/20 9/16 11/11 13/6 13/12
13/14 13/19 13/20 14/11 14/23 14/25 15/5
15/16 15/22 20/9 20/12 21/9 25/3 25/23 27/6
27/20 30/14
hasn't [2]  7/14 7/23
have [58]
he [34]
he's [17]  3/16 7/17 8/9 10/12 14/1 14/10
14/14 14/17 14/22 15/4 15/5 15/12 16/4
18/15 19/9 19/9 30/16
health [2]  22/3 23/3
hear [1]  16/13
heard [3]  13/17 22/4 29/16
HEARING [1]  1/10
help [1]  14/19
helped [2]  13/12 28/10
helpful [2]  13/25 15/1
helping [3]  14/14 17/17 17/20
here [24]  7/6 7/9 9/4 9/25 10/9 10/20 14/21
14/22 14/23 16/22 17/24 18/21 20/15 21/9
21/21 22/1 22/8 23/14 25/20 26/7 26/8 26/8
26/22 26/24
high [1]  20/25
him [6]  6/11 6/19 19/2 26/10 26/23 32/5
himself [3]  7/12 11/6 12/18
hired [1]  22/16
his [15]  4/25 7/24 7/25 11/11 12/16 12/17
14/8 14/18 14/22 14/23 18/14 18/15 18/16

29/11 30/15
Dottom [1]  18/3 11/9 12/6 29/13 30/19
home [6]  15/3 16/3 18/25 19/10 29/7 29/8
Honor [21]  2/10 3/23 4/3 4/8 4/23 11/24 12/2
12/11 17/2 17/4 17/13 17/14 18/5 19/18
19/21 20/6 29/18 31/8 31/10 32/17 32/20
HONORABLE [1]  1/11
Hopefully [1]  13/19
hospital [2]  22/15 22/20
hour [1]  14/11
hours [2]  6/19 30/15
house [4]  15/6 16/2 16/2 30/15
housed [2]  30/10 30/25
how [4]  9/11 12/15 26/13 26/14
Howard [1]  1/20 33/5 33/10 33/12
humble [1]  14/4
hundred [2]  20/3 22/10
husband [1]  27/16
husbands [1]  20/18

**I**

I'll [10]  4/21 11/7 12/7 12/9 12/10 17/13
27/20 27/23 29/13 30/24
I'm [26]  5/14 7/6 9/2 9/3 9/8 9/10 9/13 11/2
12/15 12/18 16/13 16/18 16/22 16/24 17/4
17/14 17/14 17/24 20/8 20/9 23/22 24/23
25/18 28/15 28/16 30/17
I've [13]  8/25 9/4 9/18 14/19 16/24 16/25
17/19 17/20 17/22 24/16 29/25 30/1 31/19
ill [1]  7/24
immediately [3]  28/11 29/24 31/16
implement [1]  21/14
important [2]  6/9 23/14
impose [1]  18/25
imposes [1]  18/7
imposing [1]  20/9
impress [1]  14/15
impulse [1]  21/7
inapplicable [1]  29/15
include [1]  20/10
including [4]  3/13 18/9 18/11 22/18
inclusive [1]  33/8
incorporate [1]  30/4
incorporated [1]  29/22
indictment [1]  28/12
industry [2]  22/3 23/3
influenced [1]  28/8
information [8]  2/23 2/23 6/2 6/21 7/21 8/9
12/4 22/20
informational [1]  18/16
insignificant [3]  22/5 22/6 22/6
instance [1]  24/4
institution [1]  31/13
instructions [1]  31/16
insulating [1]  11/6
intend [1]  3/9
interested [1]  16/13
interpersonal [1]  25/13
investigation [10]  5/4 5/10 5/15 5/20 5/21 6/6
7/16 7/18 8/9 10/21
investigations [2]  7/14 9/5
investigative [1]  9/8
inviting [1]  3/11
involved [3]  13/18 21/15 21/21
involves [1]  6/6
involving [1]  22/15
is [77]
issue [2]  19/22 19/22
issues [2]  9/5 9/8
it [57]
it's [26]  6/5 6/6 7/19 7/24 8/11 9/14 10/16
10/24 13/11 13/19 14/6 15/3 15/5 15/6 17/2
18/5 18/16 19/10 20/1 21/19 22/11 23/4 23/8

26/13 27/10 28/21
ISPAS12B 30/21 31/6

**J**

Jaw [1]  22/7
JAY [2]  1/14 2/11
Jennings [2]  10/10 10/11
JOHN [3]  1/17 1/18 2/15
Jones [4]  1/20 33/5 33/10 33/12
judge [15]  1/11 2/15 4/12 8/22 9/24 11/2
12/21 13/2 14/3 14/11 15/21 17/13 22/6
26/12 30/13
judges [1]  23/25
judgment [3]  13/7 29/22 31/18
Judicial [1]  33/8
July [1]  2/21
July the [1]  2/21
jury [1]  22/8
just [25]  9/6 9/10 10/13 10/15 10/18 11/5
11/17 12/19 13/3 13/15 16/15 17/2 17/21
17/25 18/7 20/14 21/15 22/4 24/2 24/8 24/19
24/23 25/17 26/13 26/17

**K**

KEITH [3]  1/7 2/8 29/1
Kevin [1]  5/15
kick [1]  25/18
kickback [2]  2/24 6/16
kickbacks [2]  5/21 6/3
killed [1]  21/20
kind [1]  17/23
kinds [2]  6/1 9/7
knew [3]  6/10 10/23 24/10
know [29]  3/8 7/18 8/4 8/10 10/6 10/9 10/12
15/16 16/11 16/19 16/21 16/23 19/9 19/10
20/14 21/9 22/12 24/14 25/1 25/22 25/23
25/24 26/3 26/14 26/20 26/25 27/19 27/21
27/24
knowing [1]  24/13
knowledge [3]  6/3 9/7 25/10

**L**

largely [1]  31/17
larger [1]  9/4
largest [1]  13/24
last [6]  2/21 14/15 14/24 15/3 26/14 26/15
last-minute [1]  14/15
later [1]  6/18
latest [1]  22/25
latter [1]  15/19
law [3]  1/18 3/15 22/14
lawns [1]  14/19
lawyers [2]  21/3 23/19
Lazzara [1]  8/22
least [7]  8/4 8/24 8/25 9/14 9/15 19/1 28/18
leave [2]  9/12 20/1
legal [1]  28/10
legitimate [2]  22/13 22/14
less [2]  27/6 27/13
let's [5]  4/19 11/15 11/22 21/13 29/19
letters [3]  12/15 13/4 14/13
letting [1]  17/25
level [7]  4/18 4/24 4/25 10/1 12/5 15/9 20/25
levels [3]  8/4 8/8 28/21
levy [3]  29/23
lies [1]  9/19
life [7]  7/24 14/10 17/19 20/17 20/21 20/24
27/15
light [1]  9/16
like [11]  14/19 15/3 15/5 15/5 16/12 16/15
20/19 25/1 25/21 25/25 28/3
lingering [1]  7/18
list [3]  13/3 15/23 21/2
listen [1]  27/24

## L

little [6]  6/12 10/4 11/7 16/1 20/18 26/17
lived [2]  10/7 27/3
local [1]  22/15
long [5]  8/6 15/21 19/8 24/11 24/20
longer [1]  17/4
look [1]  27/14
looked [2]  21/12 28/2
looking [3]  25/16 26/10 26/11
lot [2]  10/5 25/20
Louisiana [4]  30/14 30/21 30/23 30/25
low [1]  16/7
lower [1]  15/9
luck [2]  18/20 32/21

## M

made [8]  7/12 10/5 14/21 16/19 16/21 16/21
26/14 29/21
maintenance [1]  22/17
make [14]  8/11 8/17 9/2 10/25 11/4 13/3
15/22 24/22 24/25 25/20 26/13 26/16 27/1
27/2
making [2]  6/1 12/24
malaise [1]  10/16
man [8]  14/3 14/10 14/21 14/22 17/19 25/1
26/12 27/15
mandatory [1]  29/13
manner [2]  31/6 31/21
many [5]  12/15 13/12 13/12 25/22 28/13
marketed [1]  13/15
Marshal [1]  31/15
material [1]  12/20
math [1]  28/23
matter [4]  3/12 12/8 12/8 33/7
matters [1]  5/3 20/18
maximum [1]  31/20
may [6]  1/5 2/5 10/11 13/23 22/2 25/6
maybe [5]  10/12 13/14 13/22 18/17 23/11
me [13]  2/16 6/25 9/12 9/20 12/5 16/15 17/25
18/5 20/15 22/1 26/6 26/15 27/20
mean [1]  24/2
means [2]  21/13 31/19
member [1]  27/16
members [2]  22/13 22/14
mention [1]  13/9
MERRYDAY [1]  1/11
microscope [1]  21/12
MIDDLE [9]  1/1 7/9 8/19 18/11 29/5 29/9
33/2 33/5 33/13
might [2]  28/8 28/8
mile [1]  26/8
million [8]  6/7 6/15 6/21 11/8 11/10 13/22
22/9 22/10
mind [1]  10/21
minimal [3]  30/11 31/1 31/3
minimum [2]  8/7 28/18
minute [1]  14/15
mistake [2]  14/21 16/22
mitigation [1]  12/8
model [1]  17/20
models [1]  27/4
mom [1]  26/23
moment [1]  21/25
money [11]  13/7 16/25 23/2 24/18 24/19
25/16 25/24 26/13 26/14 26/16 32/12
month [1]  29/7
months [3]  20/15 22/2 29/2
moral [6]  25/7 25/8 25/9 25/12 25/23 27/7
more [9]  8/5 9/3 10/1 12/15 13/5 16/1 17/3
18/17 26/16
morning [10]  2/3 2/6 2/10 2/13 2/15 2/17
2/19 2/20 3/5 22/1

mortgage [1]  22/12
mortuolic [1]  21/23
mother [1]  25/22
motion [7]  4/17 4/20 4/22 5/2 11/20 11/23
12/3
motions [2]  8/17 9/2
motivated [1]  21/16
moved [2]  14/6 14/8
mowing [1]  14/19
Mr [3]  11/23 12/1 16/10
Mr. [57]
Mr. Edwards [1]  15/18
Mr. Fitzgibbons [20]  2/17 3/8 3/25 4/7 4/9
12/7 16/24 19/20 20/5 20/9 20/12 24/7 26/5
26/24 27/20 31/9 31/23 32/4 32/12 32/18
Mr. Jennings [1]  10/10
Mr. O'Briant [18]  2/16 2/19 2/21 4/1 4/5
5/23 6/8 6/18 7/12 7/21 8/15 9/6 9/17 12/9
13/6 16/8 20/7 31/17
Mr. O'Briant's [1]  6/13
Mr. Palermo [11]  3/16 4/19 5/13 9/22 10/17
13/19 18/2 19/23 20/12 31/7 32/16
Mr. Trezevant [5]  7/2 7/4 7/20 10/18 19/24
much [5]  12/23 13/4 13/14 26/13 26/14
MURRAY [1]  1/17
must [2]  32/10 32/10
my [23]  3/5 3/12 7/15 9/16 10/21 12/22 13/20
13/23 15/22 16/19 16/23 17/3 17/5 17/19
17/20 17/21 17/24 23/4 24/14 24/15 25/19
26/16 30/4

## N

name [1]  22/23
names [1]  22/21
nature [3]  14/23 15/10 21/18 28/20
nearest [2]  30/10 31/1
necessary [3]  25/11 27/12 30/7
need [11]  13/5 18/20 18/21 19/25 23/18
23/22 24/1 24/21 25/15 31/15 31/25
needed [2]  14/19 18/12
needs [1]  27/12
negotiations [3]  6/14 6/17 6/22
NELSON [1]  1/14
net [2]  20/17 25/2
never [5]  14/13 17/13 17/23 25/21 25/22
new [1]  22/21
next [1]  3/11
nickel [1]  10/14
Nigeria [2]  22/25 23/2
night [2]  13/11 22/17
no [29]  1/5 3/24 4/4 4/9 7/20 10/21 12/2
15/13 15/15 15/23 17/13 17/14 19/16 19/18
19/21 19/22 20/6 21/20 24/18 26/23 26/23
29/18 30/18 31/8 31/10 31/22 32/12 32/17
32/20
nobody [3]  21/9 21/20 26/22
none [1]  31/22
nonetheless [1]  28/4
not [63]
note [2]  4/19 6/12
notes [1]  33/7
nothing [2]  11/22 24/19
nothings [1]  10/19
notice [1]  32/9
now [9]  6/8 8/13 17/2 21/5 23/4 25/18 27/19
28/15 32/3
number [4]  5/19 7/13 21/14 32/1
numbers [1]  22/22

## O

O'BRIANT [22]  1/7 2/8 2/16 2/19 2/21 4/1
4/5 5/23 6/8 6/18 7/12 7/21 8/15 9/6 9/17
12/9 13/6 16/8 16/10 20/7 29/1 31/17

O'Briant's [1]  6/13
O'Plate [3]  30/14 30/17 30/25
object [2]  10/1 31/6
objection [2]  4/13 8/7
objections [3]  3/24 4/4 4/10
objects [1]  3/19
obviously [6]  3/1 10/7 13/8 21/6 21/9 29/21
occasion [1]  20/20
occur [1]  28/8
occurred [1]  6/3
off [3]  11/15 11/16 21/3
offend [1]  21/1
offender [2]  20/10 21/4 21/19
offense [10]  4/18 4/25 12/5 15/11 21/5 21/7
21/7 21/18 24/15 28/20
offered [1]  10/14
office [5]  1/18 3/22 7/19 17/17 31/15
officer [3]  15/18 19/7 29/12
officers [1]  19/8
offices [1]  10/17
Official [2]  33/5 33/12
often [3]  19/8 23/24 24/14
Oh [1]  30/16
ointment [1]  13/11
Okay [1]  10/3
older [1]  14/10
once [1]  20/22
one [20]  2/22 5/3 8/24 8/25 9/18 13/4 13/13
21/22 21/22 21/23 21/25 23/11 23/17 25/21
26/6 27/8 28/8 28/13 32/1 32/2
ones [1]  28/22
ongoing [4]  5/3 5/10 5/14 8/8
only [10]  6/24 7/14 18/24 22/10 22/20 22/21
23/12 24/16 25/24 31/10
opportunism [1]  21/17
opportunity [4]  3/17 4/1 16/11 27/7
opposed [2]  9/14 24/9
order [6]  2/2 3/3 11/19 29/20 29/22 32/6
other [17]  6/12 6/24 7/8 8/19 8/20 10/9 11/4
14/14 20/16 21/6 21/8 21/10 23/16 27/9
31/10 32/5 32/8
others [3]  12/17 20/24 23/21
otherwise [1]  22/13
our [3]  7/19 10/14 31/10
out [11]  7/2 7/7 7/10 7/21 10/6 10/14 10/19
10/20 22/23 27/10 30/18
outlined [1]  5/2
over [6]  7/20 9/11 14/20 14/25 22/8 26/7
overly [1]  28/7
overstate [2]  21/15 23/7
overstatement [1]  23/13
overzealous [1]  24/8
own [3]  10/14 16/11 17/5

## P

page [1]  33/8
Pages [1]  33/7
paid [5]  11/11 11/12 13/6 15/16 16/24
pain [1]  13/11
PALERMO [14]  1/14 2/11 3/16 4/19 5/13
9/22 10/17 11/23 13/19 18/2 19/23 20/12
31/7 32/16
parents [1]  22/21
parishioner [1]  20/19
parishioners [1]  12/16
part [4]  2/25 13/22 13/23 22/7
partially [1]  6/4
participants [1]  23/1
participated [1]  15/2
particular [2]  2/24 6/2
particularly [1]  16/3
past [2]  17/16 17/19
pause [2]  7/1 21/25

**P**

pay [1] 32/12
paying [1] 28/4
payment [2] 13/8 32/14
peer [1] 5/20
penalties [1] 30/3
pending [1] 11/19
Pensacola [2] 30/12 31/2
people [19] 6/1 6/10 11/6 14/8 14/14 14/18
 14/18 14/20 20/16 20/16 21/15 22/15 23/16
 24/3 24/16 25/20 25/23 25/24 27/25
percent [2] 13/15 20/3
perfectly [1] 22/13
Perhaps [1] 2/3
period [3] 5/19 18/25 19/1
permissible [1] 28/19
permission [1] 18/22
permit [1] 5/4
permitted [1] 18/10
personal [1] 22/19
personally [1] 27/6
perspective [2] 7/15 9/16
Pfizer [1] 14/5
phrase [1] 25/25
pick [1] 24/6
piled [1] 21/9
place [3] 27/21 27/22 28/1
places [1] 22/18
Plaintiff [1] 1/4
plan [1] 21/14
planned [1] 21/8
plea [6] 3/3 3/5 6/13 6/14 7/10 31/17
pleaded [1] 2/22
pleas [2] 7/8 7/9
pleased [1] 16/2
pled [1] 6/20
point [6] 6/16 6/24 7/3 7/21 11/5 25/20
pointed [2] 7/2 7/7
points [3] 13/3 21/11 24/24
policies [1] 29/25
portion [1] 15/19
position [2] 9/6 14/1
positions [1] 14/9
positive [1] 15/17
possible [1] 16/1
potential [1] 23/9
practice [1] 23/9
predict [1] 20/22
prefer [1] 15/23
preliminary [1] 29/20
prescribed [1] 30/3
present [3] 2/16 23/8 28/9
presentence [10] 3/18 3/20 3/24 4/2 4/6 4/15
 12/14 14/4 15/17 15/19
preserve [1] 32/4
press [1] 12/25
pressure [1] 15/4
pretty [1] 8/10
price [1] 16/24
primarily [1] 7/14
prior [1] 15/13
priority [1] 8/12
Prisons [3] 29/2 30/10 31/13
privileges [1] 17/3
probably [6] 6/21 8/5 9/18 20/24 21/10 25/5
probation [3] 3/22 15/18 29/12
problem [1] 19/6
proceed [2] 19/17 20/4
proceedings [3] 1/24 7/1 32/23
process [5] 5/18 6/5 10/22 14/2 28/13
processing [1] 31/16
product [8] 13/9 13/11 13/15 24/8 24/9 24/17
 24/17 24/18
production [1] 13/5
profitable [2] 26/2 26/3
promise [1] 17/12
promoted [1] 14/8
promoting [1] 24/9
proposed [1] 4/20
prosecutors' [1] 10/17
protracted [1] 21/8
provided [3] 7/22 8/9 32/3
provisions [1] 30/4
public [2] 21/22 32/3
purchaser [1] 10/24
purpose [1] 25/19
purposes [4] 4/16 23/11 23/17 30/8
pursuant [3] 28/24 29/1 33/6
pursue [1] 32/4
pursuing [1] 10/14
put [2] 10/8 21/13

**Q**

qualifying [1] 29/10
question [1] 5/21
questions [1] 5/19
quiet [1] 28/15
quite [2] 15/6 23/2

**R**

race [1] 9/13
raised [1] 25/3
ramble [1] 24/24
range [3] 4/16 30/2 31/21
rate [1] 13/14
rather [1] 6/18
reached [1] 13/22
read [4] 12/14 12/14 12/20 12/22
ready [1] 7/23
Reagan [2] 5/15 14/23
real [1] 21/4
really [9] 9/5 14/7 14/9 16/20 19/4 21/11
 21/21 23/12 25/21
reason [8] 7/14 9/14 9/15 19/17 20/4 25/14
 26/19 32/11
reasonable [2] 3/14 18/3
reasons [4] 11/1 15/8 16/5 30/6
reassure [1] 17/7
receive [2] 23/15 24/22
reclaim [1] 17/7
recognize [5] 4/21 8/6 12/7 12/9 12/10
recognized [1] 15/18
recommend [1] 15/18
recommendation [2] 15/9 15/25
recommended [3] 3/21 4/11 9/4
record [3] 11/15 11/16 15/14
recovers [1] 7/18
recurring [1] 7/17
reduced [1] 18/22
reflection [1] 18/22
Reform [1] 28/24
regain [3] 27/21 27/22 28/1
regret [1] 16/20
regularly [1] 25/5
regulations [1] 33/8
reiterate [1] 13/19
relating [1] 5/3
relatively [1] 20/17
release [4] 18/8 18/19 29/3 29/4
remain [1] 11/19
remaining [1] 9/4
remains [2] 3/7 8/11
remember [2] 10/11 12/17
repeat [1] 17/14
report [10] 3/18 3/20 3/24 4/2 4/6 4/15 12/14
 14/4 15/17 15/19
reported [1] 30/24
Reporter [4] 1/20 33/3 33/5 33/12
reporting [1] 31/11
represented [1] 14/20
reputation [1] 17/1
request [2] 16/6 31/11
requests [1] 30/14
require [1] 18/15
required [5] 3/15 16/12 18/12 23/22 32/4
requirements [2] 28/7 29/14
requires [1] 18/13
resonant [1] 5/12
resources [2] 25/11 27/7
respect [5] 11/23 18/3 28/2 29/17 30/5
responsibility [2] 16/21 16/22
rest [2] 17/24 20/21
restitution [1] 15/15
result [1] 6/15
review [2] 3/17 4/1
reviewed [1] 3/23
right [17] 4/13 7/21 8/1 8/23 11/17 12/3
 16/10 19/14 20/4 22/8 26/8 27/19 30/16
 30/24 31/18 31/22 31/24
rights [1] 17/7
role [1] 27/4
room [1] 26/11
rooms [1] 22/18
RPR [2] 1/20 33/12
Rule [1] 11/4
Rule 35 [1] 11/4
running [1] 7/15

**S**

said [10] 9/1 16/24 20/12 21/19 24/7 26/14
 26/15 27/20 28/22 29/25
same [3] 9/7 20/13 23/21
sat [2] 20/15 22/1
satellite [1] 30/15
saw [1] 7/11
say [14] 6/19 9/15 15/22 16/12 16/13 17/20
 20/23 23/8 27/2 28/16 30/22
saying [2] 12/18 25/18
says [3] 21/5 26/12 26/13
scared [1] 17/15
schedule [1] 29/11
schemes [1] 22/12
scope [1] 28/19
seal [2] 11/18 11/19
seated [1] 2/5
Seattle [1] 7/23
second [4] 10/4 11/15 13/6 24/23
Secondly [1] 32/7
Section [3] 2/25 3/2 33/6
Section 371 [1] 3/2
security [4] 22/22 30/11 31/1 31/3
see [7] 2/18 4/19 10/16 11/22 13/4 20/16
 29/19
seeing [1] 5/8
seeking [1] 4/24
seen [2] 4/5 20/24
seldom [1] 26/24
self [2] 20/11 31/11
self-description [1] 20/11
self-reporting [1] 31/11
selling [3] 24/12 24/18 26/7
send [1] 23/1
sense [5] 10/5 10/15 22/4 23/13 23/14
sentence [22] 3/7 3/9 3/10 3/15 17/24 18/3
 18/8 19/17 20/4 20/9 23/14 24/2 24/14 26/17
 27/12 27/18 28/16 28/17 28/18 30/6 31/6
 31/18
sentenced [2] 24/6 31/19

**S**

sentences [3] 16/5 24/3 24/23
sentencing [13] 1/10 3/11 3/20 23/11 23/17
 23/23 24/1 25/19 26/7 28/7 28/24 30/1 30/8
serious [1] 24/15
serve [2] 29/3 29/7
serves [1] 23/2
set [1] 14/4
settled [1] 6/15
settlement [5] 6/22 11/8 11/9 13/21 13/24
several [1] 14/24
shame [1] 16/20
shared [1] 7/22
shareholders [1] 5/25
shift [1] 22/17
shifted [1] 5/20
Shire [4] 5/18 5/22 6/7 6/15
shortened [1] 5/19
should [5] 3/14 26/2 26/15 27/24 30/20
show [1] 14/14
showed [1] 13/13
sidebar [5] 5/5 5/7 5/8 11/16 11/18
significant [3] 8/11 13/8 13/23
significantly [1] 13/20
similar [3] 20/16 23/22 24/22
similarly [2] 24/3 24/22
since [1] 15/12
sir [9] 5/6 5/9 16/14 16/17 17/9 17/25 18/1
 31/12 32/21
sitting [2] 22/8 26/6
situated [2] 24/4 24/22
six [5] 20/15 22/1 28/22 29/2 29/7
six-month [1] 29/7
sixth [1] 24/6
smart [1] 27/1
smiling [2] 26/10 26/11
so [36]
Social [1] 22/22
sold [2] 24/7 24/9
some [26] 6/9 8/20 10/19 11/4 12/16 13/7
 14/25 15/11 17/3 18/9 18/18 18/25 19/25
 20/20 20/20 20/20 21/11 21/13 21/16 22/10
 22/24 27/24 31/21 31/24 32/5 32/11
somebody [2] 27/3 27/6
someone [5] 24/5 24/6 24/7 24/9 24/12
something [3] 6/19 13/12 16/13
son [1] 14/23
soon [1] 31/14
sooner [1] 6/18
sophisticated [1] 21/13
sorry [5] 5/14 7/6 16/18 17/24 30/17
sort [9] 14/24 18/9 18/25 21/24 23/12 25/6
 26/9 26/24 28/13
speak [3] 16/11 26/22 27/14
speaks [2] 2/9 2/14
special [3] 18/22 29/6 29/23
specific [1] 23/19
specified [1] 17/15
speeding [1] 17/15
spent [1] 17/16
spouse [2] 12/17 25/9
stand [2] 17/13 28/1
standard [2] 29/5 29/8
standpoint [1] 28/11
stands [1] 32/3
Started [1] 14/5
state [2] 21/1 26/6
statement [1] 18/15
STATES [39]
status [1] 28/3
statute [3] 2/25 3/2 23/23
statutory [4] 23/11 30/3 30/7 31/20

stellar [1] 17/1
stenography [1] 1/25
step [1] 3/4
STEVEN [1] 1/11
still [3] 6/6 26/18 28/6
story [2] 14/7 26/6
street [3] 1/15 1/18 26/8
stuck [1] 6/17
study [1] 13/13
subject [1] 13/10
substantial [1] 4/25
substituted [1] 32/5
success [2] 14/7 25/25
successful [5] 25/3 25/24 26/1 27/15 27/15
such [1] 26/1
sufficient [1] 30/6
suggest [1] 31/14
Suite [3] 1/15 1/18 1/21
supervised [3] 18/8 18/19 29/4
support [1] 25/13
suppose [1] 23/4
Supreme [1] 24/12
sure [7] 9/3 9/3 9/8 12/15 19/3 20/9 24/22
surely [1] 20/23
surrender [1] 31/11 31/12
suspect [6] 17/10 18/16 20/7 20/22 25/7 28/4
system [1] 22/7

**T**

table [1] 2/4
take [3] 16/21 16/22 17/21
takeaway [1] 9/25
taken [1] 33/7
taking [1] 22/23
talk [2] 11/7 24/23
talked [2] 23/24 24/12
talking [1] 24/21
TAMPA [9] 1/2 1/6 1/15 1/16 1/19 1/21
 10/10 30/20 33/14
tasked [1] 26/25
taxpayer [1] 25/2
tell [2] 25/16 31/25
telling [2] 26/6 26/15
ten [1] 14/6
tension [1] 15/4
term [4] 8/6 18/8 29/3 29/7
terrible [1] 16/2
testing [1] 29/13
than [14] 6/18 8/5 9/3 10/1 12/15 15/9 15/16
 16/1 18/17 26/16 27/6 27/12 28/2 30/7
thank [11] 5/8 12/11 12/21 16/15 17/25 18/1
 18/12 19/16 29/18 32/17 32/20
that [158]
that's [26] 4/11 6/24 8/4 8/23 11/4 14/16 17/5
 19/4 20/23 21/6 21/12 23/4 23/12 23/13
 23/13 23/19 24/15 25/19 28/3 28/20 30/11
 30/15 30/16 31/3 31/23 32/13
the church [1] 20/19
their [7] 9/7 11/5 14/8 20/21 22/18 24/6 28/1
them [13] 6/2 8/21 9/2 10/18 14/25 17/17
 20/10 22/24 23/2 25/22 26/23 27/25 28/1
then [9] 4/13 10/9 11/7 12/3 15/12 21/5
 21/18 22/24 31/2
there [35]
there's [12] 5/14 10/21 11/3 13/4 13/18 14/25
 15/15 23/18 23/20 26/22 26/23 26/3
these [9] 9/12 11/6 14/7 15/16 17/15 17/21
 22/21 23/24
they [21] 5/22 5/24 8/15 9/5 10/13 19/9 19/10
 20/10 21/11 22/18 22/21 23/1 24/9 24/17
 24/18 24/18 24/19 25/22 25/23 25/24 26/3
They're [2] 9/6 11/5

thing [7] 6/12 20/13 21/11 21/24 25/6 26/1
 28/12
things [10] 5/2 9/25 10/6 10/19 10/22 10/23
 14/19 17/22 20/8 31/25
think [34]
thinking [5] 18/24 19/4 23/16 30/20 30/21
this [47]
THOMAS [1] 1/14 2/10
thoroughly [3] 3/8 4/6 12/14
those [12] 3/13 8/18 10/8 12/23 13/4 15/2
 15/2 17/5 21/20 22/19 26/22 27/11
though [2] 9/11 10/24
thought [1] 6/25
threat [3] 17/14 17/14 21/21
through [5] 7/22 7/24 14/12 25/4 33/7
throughout [2] 13/13 14/2
ticket [1] 17/15
time [10] 6/13 9/11 9/19 15/21 20/3 20/20
 22/25 25/7 26/6 26/16
times [1] 14/6
Title [2] 2/25 3/2 33/6
Title 18 [1] 3/2
today [2] 16/19 17/25
together [2] 2/6 4/1
told [3] 12/22 13/19 27/24
too [2] 13/16 24/11
took [2] 14/9 24/18
total [1] 4/24
totality [1] 12/4
tough [1] 15/7
toward [1] 26/11
transcribed [1] 1/24
transcript [3] 1/10 33/3 33/8
transcription [1] 33/7
travel [1] 18/11
trebled [1] 22/11
trending [1] 23/4
trends [1] 23/5
TREZEVENT [7] 1/14 2/12 7/2 7/4 7/20
 10/18 19/24
tried [1] 17/16
trivial [1] 20/17
trouble [4] 14/13 17/23 19/7 19/8
troublesome [1] 23/8
true [3] 20/23 22/2 33/6
truly [2] 14/20 16/18
truthful [2] 14/2 28/12
try [2] 14/15 15/2
trying [4] 9/10 11/5 17/16 21/15
two [9] 5/3 7/8 8/19 17/16 28/22 29/3 30/13
 30/15 31/25
two-year [1] 29/3
typically [1] 31/19

**U**

U.S [2] 1/15 17/17
U.S.C [3] 3/13 29/1 30/4
ulcers [1] 13/13
ultimately [2] 6/15 6/22
unconstitutional [1] 31/21
uncovered [1] 20/22
under [6] 3/10 11/18 11/19 12/8 15/8 17/8
underlying [1] 10/23
undersigned [1] 33/7
understand [3] 6/23 15/1 16/4
understate [2] 21/16 23/8
undo [1] 17/16
unfold [1] 9/11
UNITED [39]
unknowing [1] 15/4
unlawfully [1] 31/19
unless [2] 31/19 32/5
unusual [1] 6/13

## U

unwarranted [1]  24/1
up [4]  10/7 22/17 24/6 28/1
upon [2]  12/4 29/3
us [10]  5/4 5/8 6/9 7/25 8/10 8/12 11/13 19/2
 19/22 27/24
use [1]  6/11
used [5]  10/10 21/13 22/3 22/18 26/3
using [1]  22/22
usually [2]  9/19 9/19
utterly [1]  29/15

## V

VA [1]  10/7
valid [1]  24/7
valuable [2]  8/5 8/10
value [1]  6/18
variety [1]  11/1
verdict [1]  22/9
very [14]  5/12 10/25 11/5 13/20 13/25 14/14
 14/23 15/5 15/6 16/7 20/8 22/4 24/15 27/10
victims [1]  14/18
violate [1]  2/24
violation [1]  3/1
violence [2]  21/20 21/23
Violent [1]  29/14
voice [1]  5/12
voluntarily [1]  31/12
voluntary [1]  31/11
vote [2]  17/3 25/5

## W

waive [2]  29/13 32/13
waived [1]  31/18
waiving [1]  28/12
want [15]  9/23 11/4 13/9 14/9 18/17 23/7
 23/7 24/23 24/25 25/19 26/14 27/11 27/13
 28/16 29/16
wanted [1]  12/19
wants [1]  8/6
was [59]
Washington [4]  7/10 7/16 10/5 10/8
way [13]  9/5 12/13 13/1 14/11 17/18 21/6
 21/14 23/3 23/4 23/5 23/18 24/20 27/18
we [31]  2/6 3/24 4/3 4/3 5/5 5/15 6/10 6/16
 6/16 7/5 7/22 8/7 8/16 9/1 10/5 10/14 10/18
 11/17 13/16 15/1 15/22 15/23 15/24 15/25
 16/1 16/1 16/4 16/6 24/21 30/13 32/22
We'll [1]  19/22
we're [4]  6/8 7/22 15/10 17/24
we've [3]  3/23 13/16 22/12
week [3]  14/11 26/14 26/15
well [18]  2/6 4/15 9/21 12/21 18/13 19/25
 20/7 21/13 22/2 23/2 23/13 25/1 25/21 26/12
 26/13 27/14 29/6 30/3
were [15]  5/22 6/16 6/16 10/9 10/13 12/15
 12/16 18/18 18/18 18/25 21/14 22/16 22/22
 22/25 24/18
Western [3]  7/10 7/16 10/8
what [26]  6/9 6/10 9/3 11/4 13/19 15/3 15/4
 16/7 17/5 17/16 19/9 21/3 22/11 23/14 23/14
 23/16 23/19 24/7 24/14 24/20 26/9 26/12
 26/15 27/10 27/12 27/25
what's [3]  7/19 8/7 23/15
whatever [2]  16/6 28/23
when [2]  5/22 26/22
where [7]  6/16 9/11 11/2 19/9 22/15 24/16
 30/21
whether [5]  3/18 5/22 5/25 6/3 14/17
which [20]  3/2 10/2 10/23 11/16 11/18 11/20
 12/8 13/7 15/1 21/3 23/2 23/5 23/14 23/20
 29/4 29/7 29/14 29/23 30/6 31/19
while [3]  18/19 25/18 30/9

white [1]  16/5
who [16]
who's [1]  25/2
whole [2]  10/25 14/2
wholesome [2]  19/11 19/12
whose [4]  27/4 27/4 27/4 27/5
why [1]  7/14
wife [1]  14/22
will [19]  2/4 3/8 3/16 8/10 9/11 9/11 9/13
 11/18 11/18 12/22 13/3 19/1 20/25 28/4 29/3
 29/4 29/7 29/7 29/10
willing [1]  7/13
willingness [1]  7/25
wisely [1]  28/14
wish [1]  15/23
wishes [1]  16/8
within [4]  6/19 19/12 26/8 32/10
without [2]  4/13 32/14
witness [1]  6/9
won't [1]  13/18
wondering [1]  9/10
word [1]  26/2
words [3]  16/19 21/8 32/8
work [5]  14/7 14/7 14/10 14/17 17/2
workers [1]  22/16
working [4]  6/8 7/22 14/5 22/17
works [2]  15/12 16/4
world [3]  25/14 26/19 27/8
worth [4]  6/21 8/8 26/18 28/3
would [44]
wouldn't [2]  20/21 24/4
written [1]  32/9
wrongful [1]  16/23

## Y

year [4]  2/22 17/1 22/2 29/3
years [14]  10/11 10/12 10/12 14/5 14/16
 14/16 14/16 14/16 14/20 14/24 15/3 15/11
 17/16 17/20
yes [12]  4/3 4/8 5/6 5/9 8/15 8/20 16/14 16/17
 17/9 18/1 30/23 31/12
yesterday [2]  11/12 13/6
Yet [1]  26/21
you [120]
you'll [2]  13/1 20/14
you're [10]  16/12 17/10 20/2 20/8 22/3 25/18
 26/15 27/1 27/17 32/1
you've [6]  13/17 20/24 27/14 27/15 27/23
 27/25
young [3]  26/7 26/9 26/12
younger [1]  27/5
your [41]
yourself [1]  28/10